**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **23–16790**
**ANIL CHUGH**

                                                                                        Debtor

Adversary Proceeding No. **24–00200**
**ZAFAR SHEIKH**

                                                                                        Plaintiff

v.

**ANKUR CHUGH**

                                                                                        Defendant

**ALIAS SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** ANKUR CHUGH

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney/Pro Se Plaintiff** |
| --- |
| **ZAFAR SHEIKH** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Courtroom 615, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom** | |
| **By video, use link: https://www.zoomgov.com/** | **Status Hearing Date and Time** |
| **By telephone, call 1–669–254–5252 or 1–646–828–7666.** | **10/11/2024 at 11:00AM** |
| **Enter the meeting ID 160 731 2971 and passcode 587656.** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
**09 / 03 / 2024**



*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012