In re: Sheikh v. Chugh et al
Case No. 24A00200

## CERTIFICATE OF SERVICE

    I, Kimberly McGee, certify that on March 26, 2025, I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system and email:

        /s/ Kimberly McGee
        Relief Courtroom Deputy

## Electronic Service through CM/ECF System and email

| | |
|---|---|
| Plaintiff - Zafar Sheikh | represented by Tarranpaul S Chawla<br>Oak Brook Legal PC<br>3908 N. Cass Ave.<br>Westmont, IL 60559-1103<br>630-325-5557<br>Fax: 630-214-4888<br>Email: TSCHAWLA@OAKBROOKLEGAL.COM |
| Defendant - Anil Chugh | represented by Tarranpaul S Chawla<br>(See above for address) |
| Defendant - Vidhu Chugh | represented by Tarranpaul S Chawla<br>(See above for address) |
| Defendant - Ankur Chugh | represented by Tarranpaul S Chawla<br>(See above for address) |
| Defendant - Ashwin Chugh | represented by Tarranpaul S Chawla<br>(See above for address) |
| Defendant - Unknown Transferees | represented by Unknown Transferees<br>PRO SE |