# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-16790 |
| Anil Chugh, | Chapter 7 |
| Debtor. | Honorable Janet S. Baer |
| Zafar Sheikh, | Adversary Proceeding No. 24-00200 |
| Plaintiff, | |
| v. | |
| Anil Chugh et al, | |
| Defendant. | |

## SCHEDULING ORDER

This matter coming before the Court on the Motion of the Creditor Zafar Sheikh for Entry of an Order Granting Standing and Authority to Commence & Prosecute Causes of Action Pertaining to the Avoidance of Assets by the Debtor Anil Chugh (Docket No. 51),

IT IS HEREBY ORDERED THAT:

1. Responses are due to be filed on or before July 11, 2025.
2. The Movant's reply is due to be filed on or before August 1, 2025.
3. This matter is set for status on August 29, 2025 at 11:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604 and via Zoom for Government.

DATED: June 6, 2025

ENTER:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge