Form G-3 (20241101)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**F I L E D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 26 2025
JEFFREY P. ALLSTEADT, CLERK

In re: Anil Chugh ) Chapter 7
) 
) No. 24 - A - 0200 (23 BK 16790)
)
Debtor(s) ) Judge Janet S. Baer

### NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on November 21, 2025, at 11:00 a.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, or electronically as described below, and present the motion of Plaintiff to Reconsider dismissal of Fraudulent Transfer Countaf [to/for] against Debtor Anil Chugh, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971, and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: Zafar Sheikh

4619 Herzog Street,
Austin. TX. 78723.
Tele: 847-414-9670
Zafarsheikh313@aol.com

## CERTIFICATE OF SERVICE

I, Zafar Sheikh                              ,

☐ an attorney, certify

    - or -

☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on September 26, 2025, at 5:00 p.m. *

_____
[Signature]

*All applicable boxes must be checked and all blanks filled in.

-2-

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Re: | ) | Chapter  7 |
| | ) | |
| **Anil Chugh** | ) | |
| | ) | **Case No. 23-BK-16790** |
| **Debtor** | ) | |
| _____ | ) | |
| | ) | **Hon. Judge Janet Baer** |
| **Zafar Sheikh** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| *vs.* | ) | **Adversary Case No.** |
| | ) | **24 – A - 0200** |
| **Anil Chugh, Vidhu Chugh, Ankur** | ) | |
| **Chugh, Ashwin Chugh, Unknown Owners** | ) | |
| **& Recipients of Avoidable Transfers/Assets** | ) | |
| | ) | |
| **Defendants** | ) | |

**MOTION TO RECONSIDER DISMISSAL OF COUNT RELATING**
**TO FRAUDULENT TRANSFER OF REAL ESTATE BY DEBTOR**

**NOW COMES THE CREDITOR** Zafar Sheikh and files this Motion requesting that the Court re-consider the dismissal of Count 5 of Plaintiff's first amended adversary complaint. In support whereof the Plaintiff states as under:

1- Plaintiff's first amended adversary complaint comprised a 'Fraudulent Transfer' Count which described a luxury real estate located in Oak Brook, Illinois, which the Debtor Anil Chugh had purchased and to hide it's true ownership had opted to park it under his son Ankur Chugh's name in a Land Trust.

1

2- Debtor Chugh is a serial bankruptcy filer, the latest one being his 4th, had contemplated filing his latest bankruptcy after having run enough debts and depriving numerous individuals of their hard earned money over the last few years in different Ponzi schemes and as a cautionary step after parking the property in his son's name, had appointed his wife, Vidhu Chugh as the beneficiary of the Land Trust.

3- The Court in an order issued on 9/2/2025 dismissed the fraudulent transfer Count. The Court did not give any reasons for dismissing the fraudulent transfer Count, but at the oral hearings held in this matter on 8/29/2025 reasoned that the fraudulent transfer count could have run the statute of limitations under the Bankruptcy Code.

4- Plaintiff would like to point out that the State of Illinois, where the debtor has filed his latest bankruptcy petition has a more expansive, comprehensive and overlapping statute of limitation, which the creditor would like to be applied in this matter.

5-  ILCS 740 ILCS 160/10 states as follows: (from Ch. 59, par. 110)

Sec. 10. A cause of action with respect to a fraudulent transfer or obligation under this Act is extinguished unless action is brought:

(a) under paragraph (1) of subsection (a) of Section 5, within 4 years after the transfer was made or the obligation was incurred or, **if later, within one year after the transfer or obligation was or could reasonably have been discovered by the claimant;**

(b) under paragraph (2) of subsection (a) of Section 5 or subsection (a) of Section 6, within 4 years after the transfer was made or the obligation was incurred; or

(c) under subsection (b) of Section 6, within one year after the transfer was made or the obligation was incurred.

6- Plaintiff would like to point out that the Debtor had meticulously concealed the transfer, had created a secret land trust account in which he moved the property, did

2

not name himself a beneficiary and even failed to record the beneficial ownership of the property in his name with the Cook County Recorders' office.

7- A *trac search* conducted to identify any property owned by the debtor either registered or recorded with the Cook County Recorder of Deeds under "Anil Chugh's" name came out negative or showed "No property owned" by Chugh.

8- As such Creditor had no way of unearthing this fraudulent transfer in four years of debtor Chugh's act.

9- But within one year of unearthing this fraudulent transfer, the Plaintiff was diligent and brought the action to void and nullify this transfer.

10- As such the Court should reconsider the dismissal of Count relating to the fraudulent Transfer by Chugh of a high end residence, which is clearly owned by Chugh.

11- A 'Memorandum of Law' in support of this motion will be forthcoming and will be filed by the Plaintiff in coming days.

_____
Zafar Sheikh / Plaintiff
4619 Herzog Street,
Austin. TX. 78723.
Tele: 847-414-9670
Zafarsheikh313@aol.com