**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

Form G-3 (20241101)

**NORTHERN DISTRICT OF ILLINOIS**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS          **DEC 07 2025**
EASTERN DIVISION          DIVISION

**JEFFREY P. ALLSTEADT, CLERK**

In re: Anil Chugh                  )   Chapter 7
                                   )
                                   )   No. 24-A-0200
                                   )
          Debtor(s)                )   Judge Janet S. Baer

## NOTICE OF MOTION

TO: See attached list

       PLEASE TAKE NOTICE that on December 22, 2025___, at _2:00__ p.m. , I will appear before the Honorable Janet S. Baer_____,, or any judge sitting in that judge's place, **either** in courtroom _615_ of the Everett McKinley Dirksen United States Courthouse , **or** electronically as described below, and present the motion of _Plaintiff Zafar Sheikh_____ [to/for] Motion to Refer the matter to US Attorney_____, a copy of which is attached.

       **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

       **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

       **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

       **Meeting ID and passcode.** The meeting ID for this hearing is ___In Person___, and the passcode is _____. The meeting ID and passcode can also be found on the judge's page on the court's web site.

       **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                              By: _Zafar Sheikh_____ _____

                                   Plaintiff
                                   4619 Herzog Street
                                   Austin. TX. 78723.
                                   847-414-9670
                                   Zafarsheikh313@aol.com

## CERTIFICATE OF SERVICE

I, Zafar Sheikh _____ ,

☐ an attorney, certify

- or -

☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on  December 5, 2025 _____ , at  3:00 ____  p.m.   *

_____
[Signature]

*All applicable boxes must be checked and all blanks filled in.

-2-

<u>List of parties to be served:</u>

Attorney  Jeffery Pelton

Attorney at Law

Oak Brook Legal, P.C.

3908 N. Cass Avenue

Westmont, IL 60559

**UNITED  STATES  BANKRUPTCY  COURT**
**NORTHERN DISTRICT OF ILLINOIS**
<u>**EASTERN DIVISION**</u>

| | | |
|---|---|---|
| Re: | ) | Chapter   7 |
| | ) | |
| Anil Chugh | ) | |
| | ) | Case No. 23-BK-16790 |
| Debtor | ) | |
| _____ | ) | |
| | ) | Hon. Judge Janet Baer |
| Zafar Sheikh | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary Case No. |
| | ) | 24 – A - 0200 |
| Anil Chugh, Vidhu Chugh, Ankur | ) | |
| Chugh, Ashwin Chugh, Unknown | ) | |
| owners& Recipients of Avoidable | ) | |
| Transfers/Assets | ) | |
| | ) | |
| Defendants | ) | |

<u>**PLAINTIFF'S MOTION TO REFER TO THE U.S. ATTORNEY**</u>
<u>**ANIL CHUGH'S FRAUDULENT BANKRUPTCY PETITION**</u>

**NOW COMES THE PLAINTIFF** and Judgement Creditor Zafar Sheikh and moves this

Honorable Court to refer to the U.S. Attorney's office  for further investigations, debtor

Anil Chugh's bankruptcy petition as being fraudulent. Plaintiff reached out to the debtor

Chugh's attorney who has indicated that he will oppose the Plaintiff's motion.

In support of his motion to refer the fraudulent bankruptcy petition of debtor Chugh for

further investigation to the U.S. attorney's office, Plaintiff states as under:

1-  Debtor Anil Chugh filed a Bankruptcy petition for protection against his creditors on

or about 12/15/2023.

1

2- This latest bankruptcy filing is debtor Chugh's 4th bankruptcy petition over the last thirty odd years. Chugh could be classified as a habitual bankruptcy filer.

3- Petitioner has not researched Chugh's last three bankruptcy petitions, which may equally be fraudulent, but is only concerned about the Chugh's last and current 4th bankruptcy petition.

4- In a nutshell Bankruptcies were designed for hard working and honest individuals who for no fault of their own run into adverse financial circumstances and seek a new beginning by seeking protection against their creditors, and not for fraudsters who deceive unsuspecting individuals who are conned and victimized.

## BACKGROUND OF CHUGH'S FILING BANKRUPTCY

5- In or around 2001, debtor Anil Chugh enticed a newly arrived immigrant and showed him a gas station, that Chugh falsely claimed that he owned, and extracted over One hundred thousand  dollars from him, promising to sell him the gas station.

6- After obtaining this sum, knowing that he won't be able to deliver the gas station that he did not own, Chugh fled to Arkansas, from where he was apprehended after the victim filed a police report against him. Chugh was indicted and was about to be sent to prison but was offered a plea, that in lieu of prison he will be put on probation, if he returned the money that he had fraudulently coaxed from his victim.

7- Chugh approached the Plaintiff and asked him to advance him $200,000.00 that he promised will be returned to him once a certain gas station sales transaction was consumed with an Arkansas Company and he was paid his commissions. Chugh showed Plaintiff documents which indicated that indeed he was owed commissions by G & G gas company on the sale of 20 gas stations. Chugh assigned the

2

commissions to the Plaintiff and also entered into promissory agreements with the Plaintiff, promising to pay the loan that he was advanced.

8- After being notified that the gas stations had been sold, Plaintiff approached G & G gas company for commissions supposedly owed to Chugh, but was told that though Chugh was owed commissions on the sale of the gas station, but Chugh had already received his commissions, and adding insult to injury was informed that Chugh had received those commissions even before he had assigned those commissions to this Plaintiff. In other words, Chugh while assigning the commissions to the Plaintiff had already cashed what was owed to him on the sale of the gas stations.

9- In other words, Chugh defrauded the Plaintiff, so he could payoff his earlier victim from whom he had deceptively obtained 100K to sell him a supposed gas station, that he did not own. Chugh in an effort to rectify the effects of an earlier fraud, concocted a new scheme and perpetrated another fraud.

10- Once confronted, Chugh accepted his misconduct but promised to pay the Plaintiff in very near future. Chugh's promises to pay never materialized forcing the Plaintiff to file a lawsuit in Cook County and obtain a judgment against Chugh for $200,000.00.

11- After getting the judgement, Plaintiff initiated supplemental proceedings against Chugh in Cook County. Chugh was asked to produce numerous documents and bank records, which he obviously did not want to produce. So to stop supplemental proceedings against him which would have forced him to provide the sources of his income and assets, Chugh rushed to the Bankruptcy Court and decided to file his 4th bankruptcy petition, which sought protection against his creditors.

3

12- Obviously Chugh is seeking protection not because he worked hard and for no fault of his own ran into financial trouble, but rather Chugh seeks protection because he defrauded the newly arrived immigrant and to escape prison, he lured Plaintiff into extending him loans against commissions  that he claimed he was owed, and which commissions Chugh had already cashed even before he entered into and assigned the commissions to the Plaintiff.

## CHUGH'S BANKRUPTCY PETITION IS REPLETE WITH FALSEHOODS, ATTEMPTS TO HIDE ASSETS AND IS FRAUDULENT

13-  Chugh's petition is replete with false answers and is an elaborate attempt to hide his assets. Following representations made by Chugh in his bankruptcy petition are false.

14- In item 5 Chugh provided false residential address. Chugh represented that he lived at 356 Trinity lane in Oak Brook. This is an address where Chugh used to reside over ten years ago. Chugh made false representations about his address. Chugh was renting the Trinity Lane house and by giving false address, Chugh wanted his creditors to believe that he resided in a rental unit and did not want his creditors to locate his real place of residence, which happens to be in Oak Brook, which is one of the most posh localities in or around Chicago. Obviously the underlying objective was deception.

15- Chugh also made a false statement in Form 106 Schedule A/B, which asks debtors to list all their properties in which they have any legal or equitable interest. Chugh owns a gas station at 410 N. NW highway, which he did not list in the bankruptcy schedules. The gas station is located in a very busy thoroughfare in Palatine, Illinois. (Exhibit B). The gas station was purchased by Chugh in 2019 and Chugh parked this property in a secret Chicago Land Trust. The Trust No. is 800 238 1272.  The purpose of creating a secret trust by debtor Chugh was to keep the property under wraps and

4

hide it from his creditors. Thus while filling the forms in his Petition, Chugh provided false answers. When Plaintiff claimed that Chugh had lied on his petition and had hiiden this property from his creditors, Chugh claimed that he did not own the property anymore. This is a false assertion. Chugh still owns this gas station. On or about 12/5/2025, Plaintiff checked the Cook County recorder's office and as of this date, the property still appears to be in the same secret land trust, that Chugh owns.

16- It was reliably learned that just months ago Chugh attended administrative hearings at the Palatine Village Hall to answer building violations and citations which had been issued by the Village of Palatine against the property at 410 N. NW highway in Palatine. Why would City issue citations to Chugh, if he were not the owner of this property. The estimated price of the gas station property is upwards of half a million dollars.

17- Attached is Exhibit C, which shows that two of the fines imposed by the Village of Palatine relate to dates earlier this year, and one of the hearing and fine was imposed just weeks ago in September 2025. Interestingly the notice of citations was mailed to the address at Cass Avenue in Westmont, which happens to be the address of the Chugh's counsels who are representing him in these proceedings.

## CHUGH OWNED BANK ACCOUNTS

18-  It is believed that debtor Chugh maintained multiple accounts under dummy legal entities. Chugh kept a personal account, at Huntington Bank, which he primarily used to receive his social security checks and benefits. This account has been disclosed by Chugh on his bankruptcy schedules, since he hardly kept any money or kept bare amounts of money in Huntington Bank account to shield his assets from his creditors.

Whereas Chugh kept bulk of his money in in not in a personal account but rather in different legal entity, or 410 LLC account.

19- At Supplemental proceedings Chugh was asked and did provide some bank statements on his 410 LLC account, but some other bank statements of his LLC account were not provided to the Plaintiff, despite repeated requests to produce the missing statements. Chugh 410 LLC account indicates that Chugh has laundered hundreds of thousands of dollars in this LLC account which by rough estimate, just over the last three years, amount to over half a million dollars. The statements show that Chugh deposited this sum in 410 LLC account, and interestingly almost all of the money laundered in this account was withdrawn in cash. Interestingly, in an effort not to raise suspicions, Chugh kept his individual cash withdrawals to less than $5,000.00 at a time.

20- What is the source of this half a million dollars remains unknown and hidden from the Plaintiff as well as the bankruptcy Court. At one time Chugh gave the impression that he was engaged in "consultancy Work" and used the 410 LLC to bill his clients for services he rendered.  What kind of services Chugh rendered is unknown, and Chugh has failed to provide any list of clients or any contracts to provide these 'consultancy services'. Whereas in his Court filings and in response to interrogatories fielded by the Plaintiff, Chugh has made sworn statements that he created 410 LLC for the "sole purpose of operating the gas station at 410 N. NW highway location". At other times, Chugh has also told the Court that for reasons still unknown, he could not start the gas station, or had to shut down the gas station. Both representations made by Chugh leave more questions than answers, as these representations made in his

Court filings contradict each other and appear to be nothing more than false

concoctions, which would crumble even under puny scrutiny.

21- Suffice it to say that the 410 LLC account was used by Chugh to hide cash and use it

as his personal piggy back account, for personal rather than any business purpose to

shield himself from creditors. A casual look at the monthly statements of the 410

LLC account demonstrates that almost all of the money deposited in 410 LLC was

either withdrawn as cash by Chugh and his wife Vidhu and sons Ashwin and Ankur

or spent on personal expenses and worldwide travels.

**<u>ABOVE ALL THE OWNERSHIP OF THE LUXURY ESTATE</u>**

**<u>IN OAKBROOK RAISE INTRIGUING QUESTIONS</u>**

22-  Above all the ownership of the luxury estate at 35 Steeple ridge in one of the most

pricy suburbs of Chicago in Oak Brook raises more questions. First of all Chugh did

not list it as a place of residence in his bankruptcy schedules. He listed his address

where Chugh used to live over ten years ago, much before filing his 4th bankruptcy.

That raises a basic question as to why: why would a bankruptcy filer provide wrong

residential address to the Bankruptcy Court and on top make a sworn statement that

the address he is providing is his correct address.

23- Secondly why would his son Ankur Chugh, in whose name the luxury estate is

currently parked would nominate his mother and Chugh's wife, Vichu Chugh, as the

beneficiary of the luxury estate in case of his demise, in Trust accounts that were

opened in complete secrecy. Isn't it unusual that an individual would name his mother

as a beneficiary on his Trust instead of his wife and children. Usually it happens the

other way around, where the parents nominate or designate their off springs as the

beneficiary of their assets and estates, and not vice versa. Obviously Anil Chugh was not going to have himself designated as the beneficiary by his son, as he habitually files bankruptcies every seven odd years. So he planned to have his wife and Ankur's mother designated as the beneficiary.

24- Debtor Chugh also claims that he does not pay any mortgage or rents for the luxury estate in Oak Brook, where Chugh resides, as he shows he does not have any rental expense on his bankruptcy schedules. Chugh also claims that he does not even pay any real estate tax or other ingrained expenses like gas, electric or other utility bills for the house he resides at. According to Chugh, his son Ankur pays all those bills. Such representations leave more unanswered questions and one which is germane to the gist of this puzzle: Why would Ankur Chugh himself live in a one bed room modest apartment, but would house his father in a luxury estate. Quite unusual. In most cases successful children who themselves live in opulence, often would purchase a somewhat modest dwelling for their parents. But in this case, it is the other way around. It belies a common adage that subscribes that "One has to be generous to himself before he is generous with others". Obviously it raises red flags from Chugh's wife being the beneficiary of the Trust which owns to house, to the fact that Ankur Chugh, the supposed owner of the house lives in modesty, whereas he pays the mortgage as well as all expenses associated with the upkeep of the house including real estate taxes and all utilities for his father.

### ANIL CHUGH MADE FALSE & DECEPTIVE REPRESENTATIONS UNDER OATH, ABOUT HIS INCOME IN HIS BANKRUPTCY PETITION

25- Debtor Anil Chugh has made false and deceptive representations in his Bankruptcy

Petition. Chugh was aware that those statements he was making were sworn

statements being made under oath, and under the penalty of perjury, but still fearing

no repercussions, made those statements. Chugh's attitude remained and still remains:

Catch me if you can. Having filed three bankruptcies before filing his fourth, and

having faced no scrutiny in prior three bankruptcies, Chugh apparently believed that

his 4th Bankruptcy would also sail thru the cracks, as U.S. Trustees hardly devote any

time or pay any attention towards 'no asset bankruptcies' and mostly go after high

value individuals or corporations.

26- On official form 107 which asks debtors to file a 'Statement of

Financial Affairs for individuals filing for Bankruptcy, Chugh in Part 2

lists his total income for fiscal year 2020 as $13,699.20, which Chugh

claims was all in Social Security proceeds that Chugh received from

the U.S. government. (See Form 107 of Bankruptcy petition).

27- Whereas during Supplemental Proceedings in Cook County, one

of the respondents namely 'Bulk Petroleum' while responding to

the Plaintiffs Citation to discover Assets, sent some documents and

checks which shows that just from this source alone, Chugh was

paid a net amount of $23,692.28 which Chugh does not list nor

disclose on form 107. (Exhibit A: page 8). For 2020, Chugh also

shows a self-employment income at $137,700.00: (See FORM SE:

Chugh self employed income)

28- Likewise Chugh also misrepresents his income for 2021. At page 22,

9

of his petition, Chugh shows a taxable income of $142,800. In 2021

Chugh was also paid $13,846.14 by JJR Enterprises LLC. (Exhibit A:

Page 35). Chugh did not disclose this income and Schedules filed by

Chugh in his petition do not list this income. Apart from that an

additional income of $6,153.84 paid to Chugh by Bulk Petroleum for

fiscal 2021 is also not disclosed on his schedules. (Exhibit A: Page 36).

Likewise for 2021 JT Petroleum paid Chugh $19,999.98, which is also

not disclosed on his schedules by Chugh. (Exhibit A: Page 37). For

fiscal 2022 likewise Chugh does not disclose an additional income of

$10,800 from SUNOCO LLC. (Exhibit A: Page 50). Likewise JT

Petroleum Company paid Chugh an additional $2,615.38, which are

also not listed by Chugh on his bankruptcy schedules. (Exhibit A:

Page 49).

## **C O N C L U S I O N**

29- Falsehoods and deceptive filings as enumerated above, in Plaintiff's

view is just the tip of the iceberg. A thorough investigation by the

qualified law enforcement personnel will reveal the extent of the

Debtor Chugh's transgressions.

30- As such it is prayed that the Court refer this matter to the U.S.

Attorney's office for further comprehensive investigations.

Zafar Sheikh/Plaintiff

4619 Herzog Street,

Austin. TX. 78723.

Zafarsheikh313@aol.com

(847) 414-9670

11

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
<u>**EASTERN DIVISION**</u>

| | | |
|---|---|---|
| **Re:** | ) | **Chapter   7** |
| | ) | |
| **Anil Chugh** | ) | |
| | ) | **Case No. 23-BK-16790** |
| **Debtor** | ) | |
| ──────────────── | ) | |
| | ) | **Hon. Judge Janet Baer** |
| **Zafar Sheikh** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | **Adversary Case No.** |
| | ) | **24 – A - 0200** |
| **Anil Chugh, Vidhu Chugh, Ankur** | ) | |
| **Chugh, Ashwin Chugh, Unknown** | ) | |
| **owners& Recipients of Avoidable** | ) | |
| **Transfers/Assets** | ) | |
| | ) | |
| **Defendants** | ) | |

# EXHIBIT   A

Fill in this information to identify your case:

| Debtor 1 | **Anil Chugh** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | | Dates Debtor 1 lived there | Debtor 2 Prior Address: | | Dates Debtor 2 lived there |
   |---|---|---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
   | From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    Anil Chugh
_____                          Case number (if known) _____

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions,<br>bonuses, tips<br><br>■ Operating a business | $14,165.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions,<br>bonuses, tips<br><br>■ Operating a business | $12,244.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | Social Security<br>Benefits | $14,689.20 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | Social Security<br>Benefits | $13,878.00 | | |
| **For the calendar year:**<br>(January 1 to December 31, 2020 ) | Social Security<br>Benefits | $13,699.20 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐ No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Official Form 107                        Statement of Financial Affairs for Individuals Filing for Bankruptcy                        page 2

Debtor 1   Anil Chugh

Case number (if known)

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| People v Rossama Vadakumpadam, Chicago Title Land Trust Company, 410 LLC and Anil Chugh 2017CH04657 | Civil | Circuit Court of Cook County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Zafar Sheikh v Anil Chugh 2016 CH 003186 | Civil | Circuit Court of Cook County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| SHEILA BRIDGE v Anil Chugh 2017SR001681 | | Sheila Bridge 28532 N Sky Crest Dr Mundelein, IL 60060 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

Debtor 1   __Anil Chugh_____   Case number *(if known)*  _____

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

### Part 5:   List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Person to Whom You Gave the Gift and Address:

**14** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Charity's Name
Address (Number, Street, City, State and ZIP Code)

### Part 6   List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7   List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Oak Brook Legal, P.C. 3908 N Cass Ave Westmont, IL 60559 | Check for attorney's fees | | $2,500.00 |

4

Debtor 1    Anil Chugh                            Case number *(if known)* _____

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 3:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

*5*

Debtor 1    **Anil Chugh**                  Case number *(if known)*

---

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11**   **Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

---

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 6

6

Debtor 1   Anil Chugh _____          Case number (if known) _____

☐  No. None of the above applies. Go to Part 12.

■  Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| --- | --- | --- |
| | Name of accountant or bookkeeper | Dates business existed |
| 410 LLC<br>410 N. NORTHWEST HIGHWAY<br>Palatine, IL 60067 | Consultantion business<br><br>SK TAX ASSOCIATES OF<br>NAPERVILLE PLLC | EIN:   84-2362258<br><br>From-To  07/10/2019 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■  No
☐  Yes. Fill in the details below.

Name                                      Date Issued
Address
(Number, Street, City, State and ZIP Code)

**Part 12   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Anil Chugh _____

Anil Chugh                                        Signature of Debtor 2
Signature of Debtor 1

Date   December 8, 2023 _____          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■  No
☐  Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■  No
☐  Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

7

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| Bulk Petroleum Corp<br>9653 N Granville Rd<br><br>Mequon, WI 53097<br>(262) 242-4800 | | **2020**<br>Form 1099-NEC | |

| | 1 Nonemployee compensation<br>$  23692.28 | Copy C<br>For Payer |
|---|---|---|

| PAYER'S TIN | RECIPIENT'S TIN | 2 | |
|---|---|---|---|
| 45-2969775 | 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 | | |

| RECIPIENT'S name<br>Anil Chug | 3 | For Privacy Act and Paperwork Reduction Act Notice, see the 2020 General Instructions for Certain Information Returns. |
|---|---|---|
| Street address (including apt. no.)<br>35 Steeple Ridge Ct | 4 Federal income tax withheld<br><br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Oakbrook, IL 60523 | | |

| | FATCA filing requirement ☐ | | |
|---|---|---|---|
| Account number (see instructions) | 2nd TIN not. ☐ | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no.<br>WI/03618274238S802 | 7 State income<br>$ 23692.28<br>$ |

Form 1099-NEC    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

8

**SCHEDULE SE**
(Form 1040)

**Self-Employment Tax**

**2020**

Department of the Treasury
Internal Revenue Service (99)

► Go to www.irs.gov/ScheduleSE for instructions and the latest information.
► Attach to Form 1040, 1040-SR, or 1040-NR.

Attachment
Sequence No. 17

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)

ANIL CHUGH

Social security number of person
with self-employment income  ►  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

**Part I     Self-Employment Tax**

Note: If your only income subject to self-employment tax is church employee income, see instructions for how to report your income and the definition of church employee income.

A    If you are a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361, but you had $400 or more of other net earnings from self-employment, check here and continue with Part I . . . . . . . . ►  ☐

Skip line 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | 1b | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order . . | 2 | 8,425 |
| 3 | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 8,425 |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . . | 3 | 7,780 |
| | Note: If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | 4a | 0 |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . . | 4b | |
| c | Combine lines 4a and 4b. If less than $400, stop; you don't owe self-employment tax. Exception: If less than $400 and you had church employee income, enter -0- and continue . . . . . . . . ► | 4c | 7,780 |
| 5a | Enter your church employee income from Form W-2. See instructions for definition of church employee income | 5a | |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . . . | 5b | 0 |
| 6 | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 7,780 |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2020 . . . . . . . . . . | 7 | 137,700 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $137,700 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . . . . | 8a | |
| b | Unreported tips subject to social security tax from Form 4137, line 10 . . | 8b | |
| c | Wages subject to social security tax from Form 8919, line 10 . . . . | 8c | 0 |
| d | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . . . . ► | 8d | 137,700 |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . . . ► | 9 | 0 |
| 10 | Multiply the smaller of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . . . . . | 10 | 965 |
| 11 | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . . . . | 11 | 226 |
| 12 | Self-employment tax. Add lines 10 and 11. Enter here and on Schedule 2 (Form 1040), line 4 . . . | 12 | 1,191 |
| 13 | Deduction for one-half of self-employment tax. Multiply line 12 by 50% (0.50). Enter here and on Schedule 1 (Form 1040), line 14 . . . . . . . . . . . . . . . . . . | 13 | 596 |

**Part II     Optional Methods To Figure Net Earnings (see instructions)**

Farm Optional Method. You may use this method only if (a) your gross farm income[1] wasn't more than $8,460, or (b) your net farm profits[2] were less than $6,107.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods . . . . . . . . . . . . . . . . . . . | 14 | 5,640 |
| 15 | Enter the smaller of: two-thirds (⅔) of gross farm income[1] (not less than zero) or $5,640. Also include this amount on line 4b above . . . . . . . . . . . . . . . . . | 15 | |

Nonfarm Optional Method. You may use this method only if (a) your net nonfarm profits[3] were less than $6,107 and also less than 72.189% of your gross nonfarm income,[4] and (b) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. Caution: You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Enter the smaller of: two-thirds (⅔) of gross nonfarm income[4] (not less than zero) or the amount on line 16. Also include this amount on line 4b above . . . . . . . . . . . . | 17 | 0 |

[1] From Sch. F, line 9, and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule SE (Form 1040) 2020

HTA

Case 24-00200   Doc 53   Filed 05/19/25   Entered 05/19/25 11:45:24   Desc Main
Document   Page 51 of 81   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

Schedule SE (Form 1040) 2020

ANIL CHUGH

Attachment Sequence No. 17                                                Page 2

| | Part III | Maximum Deferral of Self-Employment Tax Payments | | |
|---|---|---|---|---|

If line 4c is zero, skip lines 18 through 20, and enter -0- on line 21.

| 18 | Enter the portion of line 3 that can be attributed to March 27, 2020, through December 31, 2020 . . . . . | 18 | |
| 19 | If line 18 is more than zero, multiply line 18 by 92.35% (0.9235); otherwise, enter the amount from line 18 | 19 | 0 |
| 20 | Enter the portion of lines 15 and 17 that can be attributed to March 27, 2020, through December 31, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Combine lines 19 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | 0 |

If line 5b is zero, skip line 22 and enter -0- on line 23.

| 22 | Enter the portion of line 6a that can be attributed to March 27, 2020, through December 31, 2020 . . . . | 22 | |
| 23 | Multiply line 22 by 92.35% (0.9235) . . . . . . . . . . . . . . . . . . . . . . . | 23 | 0 |
| 24 | Add lines 21 and 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 0 |
| 25 | Enter the smaller of line 9 or line 24 . . . . . . . . . . . . . . . . . . . . . . | 25 | 0 |
| 26 | Multiply line 25 by 6.2% (0.062). Enter here and see the instructions for line 12e of Schedule 3 (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | 0 |

Schedule SE (Form 1040) 2020

10

**Form 1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2020**  OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.
[ ] Single [X] Married filing jointly [ ] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ANIL | CHUGH | 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 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| VIDHU | CHUGH | 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 |

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
35 STEEPLE RIDGE CT

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| OAK BROOK | IL | 60523 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? [ ] Yes [X] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [X] Were born before January 2, 1956 [ ] Are blind  Spouse: [ ] Was born before January 2, 1956 [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ [ ]

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

| | | | | |
|---|---|---|---|---|
| Attach Sch. B if required. | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 1 | |
| | 2a | Tax-exempt interest . . . . 2a | b Taxable interest . . . 2b | |
| | 3a | Qualified dividends . . . . 3a | b Ordinary dividends . . 3b | |
| | 4a | IRA distributions . . . . 4a | b Taxable amount . . . 4b | |
| | 5a | Pensions and annuities . . 5a | b Taxable amount . . . 5b | |
| Standard Deduction for— | 6a | Social security benefits . . 6a  18,699 | b Taxable amount . . . 6b | 0 |
| Single or Married filing separately, $12,400 | 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . ▶ [ ] | 7 | |
| | 8 | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . | 8 | 8,425 |
| Married filing jointly or Qualifying widow(er), $24,800 | 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income . . . . . . ▶ | 9 | 8,425 |
| | 10 | Adjustments to income: | | |
| | a | From Schedule 1, line 22 . . . . . . . . . . . 10a  596 | | |
| Head of household, $18,650 | b | Charitable contributions if you take the standard deduction. See instructions  10b | | |
| If you checked any box under Standard Deduction, see instructions. | c | Add lines 10a and 10b. These are your total adjustments to income . . . . . ▶ | 10c | 596 |
| | 11 | Subtract line 10c from line 9. This is your adjusted gross income . . . . . . ▶ | 11 | 7,829 |
| | 12 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . | 12 | 26,100 |
| | 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . | 13 | |
| | 14 | Add lines 12 and 13 . . . . . . . . . . . . . . . . . . . . . . | 14 | 26,100 |
| | 15 | Taxable income. Subtract line 14 from line 11. If zero or less, enter -0- . . . . | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.      Form **1040** (2020)

TA

11

Form 1040 (2020)   ANIL and VIDHU CHUGH

| Line | Description | | Amount |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | 16 | |
| 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . . | 18 | 0 |
| 19 | Child tax credit or credit for other dependents . . . . . . . . . . | 19 | |
| 20 | Amount from Schedule 3, line 7 . . . . . . . . . . . . . . . . | 20 | |
| 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . . | 21 | 0 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . | 22 | 0 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 . . | 23 | 1,191 |
| 24 | Add lines 22 and 23. This is your total tax . . . . . . . . . . ▶ | 24 | 1,191 |
| 25 | Federal income tax withheld from: | | |
| 25a | Form(s) W-2 . . . . . . . . . . . . . . . . . . . . | 25a | |
| 25b | Form(s) 1099 . . . . . . . . . . . . . . . . . . . . | 25b | |
| 25c | Other forms (see instructions) . . . . . . . . . . . . . | 25c | |
| 25d | Add lines 25a through 25c . . . . . . . . . . . . . . . . . | 25d | 0 |
| 26 | 2020 estimated tax payments and amount applied from 2019 return . . | 26 | |
| 27 | Earned income credit (EIC) . . . . . . . . . . . . . . | 27 | 536 |
| 28 | Additional child tax credit. Attach Schedule 8812 . . . . . | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 . . . . | 29 | |
| 30 | Recovery rebate credit. See instructions . . . . . . . . | 30 | |
| 31 | Amount from Schedule 3, line 13 . . . . . . . . . . | 31 | |
| 32 | Add lines 27 through 31. These are your total other payments and refundable credits . . ▶ | 32 | 536 |
| 33 | Add lines 25d, 26, and 32. These are your total payments . . . . ▶ | 33 | 536 |

**Refund**

Direct deposit? See instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid . . | 34 | |
| 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here . . ▶ ☐ | 35a | |
| ▶b | Routing number | | ▶ c Type: ☐ Checking  ☐ Savings |
| ▶d | Account number | | |
| 36 | Amount of line 34 you want applied to your 2021 estimated tax ▶ | 36 | |

**Amount You Owe**

For details on how to pay, see instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the amount you owe . . . . . ▶ | 37 | 655 |
| | Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| 38 | Estimated tax penalty (see instructions) . . . . . . . . ▶ | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . ▶ ☒ Yes. Complete below.   ☐ No

Designee's name ▶ VISHRUT SHAH   Phone no. ▶ 630-343-9999   Personal Identification number (PIN) ▶ 02409

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature   Date 7/7/2023   Your occupation RETIRED   If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Spouse's signature. If a joint return, both must sign.   Date 7/7/2023   Spouse's occupation HOUSEWIFE   If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. (630) 388-8275   Email address 123ANIL@GMAIL.COM

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if |
|---|---|---|---|---|
| VISHRUT SHAH | VISHRUT SHAH | 7/7/2023 | P02205582 | ☐ Self-employed |

Firm's name ▶ SK TAX ASSOCIATES OF NAPERVILLE PLLC   Phone no. 630-343-9999

Firm's address ▶ 1764 N WASHINGTON ST, 104B, NAPERVILLE, IL 60563   Firm's EIN ▶ 85-0738057

Go to www.irs.gov/Form1040 for instructions and the latest information.   Form 1040 (2020)

12

**SCHEDULE 1**
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Additional Income and Adjustments to Income

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

**2020**

Attachment
Sequence No. 01

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
ANIL and VIDHU CHUGH

Your social security number
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

| Part I | Additional Income | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . | 1 | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . | 2a | |
| b | Date of original divorce or separation agreement (see instructions)  ▶ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . | 3 | 8,425 |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | 5 | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . | 6 | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Other income. List type and amount  ▶ | | |
| | | 8 | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 8,425 |

| Part II | Adjustments to Income | | |
|---|---|---|---|
| 10 | Educator expenses . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . . | 14 | 596 |
| 15 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . | 15 | |
| 16 | Self-employed health insurance deduction . . . . . . . . . . . . . . | 16 | |
| 17 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . | 17 | |
| 18a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . | 18a | |
| b | Recipient's SSN . . . . . . . . . . . . . . . . ▶ | | |
| c | Date of original divorce or separation agreement (see instructions)  ▶ | | |
| 19 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Student loan interest deduction . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Tuition and fees deduction. Attach Form 8917 . . . . . . . . . . . . . | 21 | |
| 22 | Add lines 10 through 21. These are your adjustments to income. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10a . . . . . . . . . . . . . . . | 22 | 596 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2020

HTA

*13*

Case 24-00200   Doc 53   Filed 05/19/25   Entered 05/19/25 11:45:24   Desc Main
Document     Page 46 of 81

**SCHEDULE 2**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Additional Taxes**

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to www.irs.gov/Form1040 for instructions and the latest information.

**2020**

Attachment
Sequence No. 02

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
ANIL and VIDHU CHUGH

Your social security number
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

| Part I | Tax | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . . | 2 | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . . . | 3 | 0 |

| Part II | Other Taxes | | |
|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . | 4 | 1,191 |
| 5 | Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 . . . . . . | 5 | |
| 6 | Additional tax on IRAs, other qualified retirement plans, and other tax-favored accounts. Attach Form 5329 if required . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7a | Household employment taxes. Attach Schedule H . . . . . . . . . . . . | 7a | |
| b | Repayment of first-time homebuyer credit from Form 5405. Attach Form 5405 if required . . . . . . . . . . . . . . . . . . . . . . | 7b | |
| 8 | Taxes from:  a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 8 | |
| 9 | Section 965 net tax liability installment from Form 965-A . . . . . . . . ☐ | | |
| 10 | Add lines 4 through 8. These are your total other taxes. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . . . . | 10 | 1,191 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 2 (Form 1040) 2020

HTA

/4

**SCHEDULE C**
**(Form 1040)**

Profit or Loss From Business
(Sole Proprietorship)

OMB No. 1545-0074

**2020**

Department of the Treasury
Internal Revenue Service (99)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

Attachment
Sequence No. **09**

Name of proprietor: ANIL CHUGH

Social security number (SSN): 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

A  Principal business or profession, including product or service (see instructions)

B  Enter code from instructions ▶

C  Business name. If no separate business name, leave blank.
410 LLC

D  Employer ID number (EIN) (see instr.)
84-2392256

E  Business address (including suite or room no.) ▶ 410 N NORTHWEST HWY
City, town or post office, state, and ZIP code   PALATINE   IL   60067

F  Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2020? If "No," see instructions for limit on losses . . . . [X] Yes  [ ] No

H  If you started or acquired this business during 2020, check here . . . . . . . . . . . . . . . ▶ [ ]

I  Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . . [ ] Yes  [X] No

J  If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**Part I  Income**

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . ▶ [ ] | 1 | |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 0 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 0 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 0 |

**Part II  Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | 24 | Travel and meals: | | |
| | | | | a | Travel . . . . . . . . | 24a | |
| 15 | Insurance (other than health) . | 15 | | b | Deductible meals (see instructions) . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (see employment credits) . | 26 | |
| b | Other . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | |
| 17 | Legal and professional services . | 17 | | b | Reserved for future use . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . . ▶ | 28 | 0 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . | 29 | 0 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>Simplified method filers only: Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | 31 | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.

HTA

Schedule C (Form 1040) 2020

15

# SCHEDULE C
## (Form 1040)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

**2020**

Attachment Sequence No. 09

Name of proprietor: ANIL CHUGH

Social security number (SSN): 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

A  Principal business or profession, including product or service (see instructions): CONSULTING

B  Enter code from instructions ▶ 541990

C  Business name. If no separate business name, leave blank.

D  Employer ID number (EIN) (see instr.)

E  Business address (including suite or room no.) ▶ 36 STEEPLE RIDGE CT
City, town or post office, state, and ZIP code ▶ OAK BROOK    IL    60523

F  Accounting method:  (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2020? If "No," see instructions for limit on losses . . . . [X] Yes [ ] No

H  If you started or acquired this business during 2020, check here . . . . . ▶ [ ]

I  Did you make any payments in 2020 that would require you to file Form(s) 1099? (See instructions) . . . . . [ ] Yes [X] No

J  If "Yes," did you or will you file required Form(s) 1099? . . . . . [ ] Yes [ ] No

## Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . ▶ [ ] | 1 | 25,953 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 25,953 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 25,953 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . ▶ | 7 | 25,953 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 18,590 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel and meals: | | |
| | | | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | 1,900 |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credit) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 2,446 |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |

| | | | |
|---|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . ▶ | 28 | 20,536 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . | 29 | 5,425 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | 5,425 |
| | • If a loss, you must go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. | 32a [ ] All investment is at risk. | |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.

HTA

Schedule C (Form 1040) 2020

18

Schedule C (Form 1040) 2020     ANIL CHUGH     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     Page **2**

**Part III   Cost of Goods Sold (see instructions)**

33   Method(s) used to value closing inventory:
   a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** |  |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | **36** |  |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | **37** |  |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . | **38** |  |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . | **39** |  |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . | **40** | 0 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . | **41** |  |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 . . . . | **42** | 0 |

**Part IV   Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month/day/year)   ▶   1/1/2020

44   Of the total number of miles you drove your vehicle during 2020, enter the number of miles you used your vehicle for:

  a   Business    28,000   b   Commuting (see instructions)     c   Other    7,000

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . ☒ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . ☒ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No

  b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| LODGING | 1,486 |
| TELEPHONE | 980 |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . | **48**   2,466 |

Schedule C (Form 1040) 2020

17

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

► Go to www.irs.gov/ScheduleSE for instructions and the latest information.
► Attach to Form 1040, 1040-SR, or 1040-NR.

**2020**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)
ANIL CHUGH

Social security number of person
with self-employment income ► 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

**Part I   Self-Employment Tax**

Note: If your only income subject to self-employment tax is church employee income, see instructions for how to report your income and the definition of church employee income.

| | | | |
|---|---|---|---|
| A | If you are a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361, but you had $400 or more of other net earnings from self-employment, check here and continue with Part I . . . . . . . . . . ► | | ☐ |

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | 1b | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | 2 | 8,425 |
| 3 | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . | 3 | 8,425 |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . | 4a | 7,780 |
| | Note: If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . | 4b | 0 |
| c | Combine lines 4a and 4b. If less than $400, stop; you don't owe self-employment tax. Exception: If less than $400 and you had church employee income, enter -0- and continue . . . . . ► | 4c | 7,780 |
| 5a | Enter your church employee income from Form W-2. See instructions for definition of church employee income . . . . . . . . | 5a | |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . | 5b | 0 |
| 6 | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 7,780 |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2020 . . . . . . . | 7 | 137,700 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $137,700 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . . . | 8a | |
| b | Unreported tips subject to social security tax from Form 4137, line 10 . . | 8b | |
| c | Wages subject to social security tax from Form 8919, line 10 . . . . | 8c | 0 |
| d | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . . . ► | 8d | 137,700 |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . | 9 | 0 |
| 10 | Multiply the smaller of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . | 10 | 965 |
| 11 | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . . | 11 | 226 |
| 12 | Self-employment tax. Add lines 10 and 11. Enter here and on Schedule 2 (Form 1040), line 4 . . | 12 | 1,191 |
| 13 | Deduction for one-half of self-employment tax. Multiply line 12 by 50% (0.50). Enter here and on Schedule 1 (Form 1040), line 14 . . . . . . . . . . | 13 | 596 |

**Part II   Optional Methods To Figure Net Earnings (see instructions)**

Farm Optional Method. You may use this method only if (a) your gross farm income¹ wasn't more than $8,460, or (b) your net farm profits² were less than $6,107.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods . . . . . . . . . . . . . . . . . | 14 | 5,640 |
| 15 | Enter the smaller of: two-thirds (⅔) of gross farm income¹ (not less than zero) or $5,640. Also include this amount on line 4b above . . . . . . . . . . . . . . . . | 15 | |

Nonfarm Optional Method. You may use this method only if (a) your net nonfarm profits³ were less than $6,107 and also less than 72.189% of your gross nonfarm income,⁴ and (b) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. Caution: You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . | 16 | 0 |
| 17 | Enter the smaller of: two-thirds (⅔) of gross nonfarm income⁴ (not less than zero) or the amount on line 16. Also include this amount on line 4b above . . . . . . . . . . . | 17 | |

¹ From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
² From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
³ From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
⁴ From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule SE (Form 1040) 2020

HTA

18

ANIL CHUGH                                                                      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

Schedule SE (Form 1040) 2020                    Attachment Sequence No. 17                    Page 2

| **Part III** | **Maximum Deferral of Self-Employment Tax Payments** | | |
|---|---|---|---|
| | If line 4c is zero, skip lines 18 through 20, and enter -0- on line 21. | | |
| 18 | Enter the portion of line 3 that can be attributed to March 27, 2020, through December 31, 2020 . . . . | 18 | |
| 19 | If line 18 is more than zero, multiply line 18 by 92.35% (0.9235); otherwise, enter the amount from line 18 | 19 | 0 |
| 20 | Enter the portion of lines 15 and 17 that can be attributed to March 27, 2020, through December 31, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Combine lines 19 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | 0 |
| | If line 5b is zero, skip line 22 and enter -0- on line 23. | | |
| 22 | Enter the portion of line 5a that can be attributed to March 27, 2020, through December 31, 2020 . . . . | 22 | |
| 23 | Multiply line 22 by 92.35% (0.9235) . . . . . . . . . . . . . . . . . . . . . . . . | 23 | 0 |
| 24 | Add lines 21 and 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 0 |
| 25 | Enter the smaller of line 9 or line 24 . . . . . . . . . . . . . . . . . . . . . . . | 25 | 0 |
| 26 | Multiply line 25 by 6.2% (0.062). Enter here and see the instructions for line 12e of Schedule 3 (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | 0 |

Schedule SE (Form 1040) 2020

19

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
### Simplified Computation

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form8995 for instructions and the latest information.

OMB No. 1545-2294

**2020**

Attachment
Sequence No. **55**

Name(s) shown on return

ANIL and VIDHU CHUGH

Your taxpayer identification number

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

**Note.** You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $163,300 ($326,600 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | 410 LLC | 84-2362269 | 0 |
| ii | Sch C: 02 | 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 | 7,829 |
| iii | | | |
| iv | | | |
| v | | | |

| | | | |
|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . . . . . . | 2 | 7,829 |
| 3 | Qualified business net (loss) carryforward from the prior year . . | 3 | ( 0 ) |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- . . . . | 4 | 7,829 |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . . | 5 | 1,566 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . . . | 6 | 0 |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . | 7 | ( 0 ) |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . . . . . . . . | 8 | 0 |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . . . | 9 | 0 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . | 10 | 1,566 |
| 11 | Taxable income before qualified business income deduction . . . . . . . | 11 | 0 |
| 12 | Net capital gain (see instructions) . . . . . . . . . . | 12 | 0 |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . | 13 | 0 |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . . . | 14 | 0 |
| 15 | Qualified business income deduction. Enter the lesser of line 10 or line 14. Also enter this amount on the applicable line of your return . . . . . . . . . . . . ▶ | 15 | 0 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . . | 16 | ( 0 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . | 17 | ( 0 ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Form **8995** (2020)

HTA

90

CORRECTED (if checked)   OMB No. 1545-0116

**PAYER'S name, street address, city or town, state or province, country, or foreign postal code, and telephone no.**

Bulk Petroleum Corp
9653 N Granville Rd

Mequon, WI 53097

(262) 242-4800

**2020**

Form **1099-NEC**

**Nonemployee Compensation**

| | |
|---|---|
| **PAYER'S TIN** 45-2969775 | **RECIPIENT'S TIN** 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 |

**1 Nonemployee compensation**

$ 23692.28

**Copy B**

**For Recipient**

**RECIPIENT'S name**

Anil Chug

**Street address (including apt. no.)**

35 Steeple Ridge Ct

**City or town, state or province, country, and ZIP or foreign postal code**

Oakbrook, IL 60523

**2**

**3**

**4 Federal income tax withheld**

$

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**FATCA filing requirement** ☐

**Account number (see instructions)**

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | WI/036168743388308 | $ 23692.28 |
| $ | | $ |

Form **1099-NEC**   (keep for your records)   www.irs.gov/Form1099NEC   Department of the Treasury - Internal Revenue Service

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation and/or nonqualified deferred compensation (NQDC). If you are in the trade or business of catching fish, box 1 may show cash you received for the sale of fish. If the amount in this box is self-employment (SE) income, report it on Schedule C or F (Form 1040 or 1040-SR), and complete Schedule SE (Form 1040 or 1040-SR). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR.

You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040 or 1040-SR)) or on Form 1040-NR.

The amounts being reported as NQDC are includible in gross income for failure to meet the requirements under section 409A. This amount is also reported on Form 1099-MISC for an earlier tax calendar year. See the instructions for Forms 1040 and 1040-SR, or the Instructions for Form 1040-NR.

**Box 2.** Reserved.

**Box 3.** Reserved.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

Future developments. For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

21

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0115 | | |
|---|---|---|---|---|
| Bulk Petroleum Corporation<br><br>9653 N Granville Road<br>Mequon, WI 53097<br><br>262-242-4800 | 1 Royalties | **2020**<br>Form 1099-MISC | **Miscellaneous Income** | |
| | 3 Other income:  $5,261.28 | 4 Federal income tax withheld | **Copy B**<br>**For Recipient** | |
| PAYER'S TIN  45-2969775 | RECIPIENT'S TIN  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 | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| RECIPIENT'S name  Chugh<br>Anil<br>Street address (including apt. no.)  35 Steeple Ridge Ct | | 7 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Crop insurance proceeds | 10 Gross proceeds paid to an attorney | |
| City or town, state or province, country, and ZIP or foreign postal code  Oak Brook, IL 60523 | | 11 | 12 Section 409A deferrals | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments | 14 Nonqualified deferred compensation | |
| | | 15 State tax withheld | 16 State/Payer's state number | 17 State income |

Form 1099-MISC    (keep for your records)    www.irs.gov/form1099MISC    Department of the Treasury - Internal Revenue Service

**Instructions for Recipient**

Recipient's taxpayer identification number (TIN). For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

Account number. May show an account or other unique number the payer assigned to distinguish your account.

FATCA filing requirement. If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

Amounts shown may be subject to self-employment (SE) tax. If your net income from SE is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040 or 1040-SR). See Pub. 334 for more information. Note: If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 14 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

Box 1. Report rents from real estate on Schedule E (Form 1040 or 1040-SR). However, report rents on Schedule C (Form 1040 or 1040-SR) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

Box 2. Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040 or 1040-SR). However, report payments for a working interest as explained in the Schedule E instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

Box 3. Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040 or 1040-SR), and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040 or 1040-SR).

Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

Box 5. An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040 or 1040-SR). See Pub. 334.

Box 6. For individuals, report on Schedule C (Form 1040 or 1040-SR).

Box 7. If checked, $5,000 or more of sales of consumer products was sold to you on buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040 or 1040-SR).

Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040 or 1040-SR).

Box 9. Report this amount on Schedule F (Form 1040 or 1040-SR).

Box 10. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

Box 12. May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals. This amount is also shown in box 1 of Form 1099-NEC.

Box 13. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See your tax return instructions for where to report.

Box 14. Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 1 of Form 1099-NEC as nonemployee compensation. Any amount included in box 12 that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040, 1040-SR, or 1040-NR. See the instructions for Forms 1040 and 1040-SR, or the instructions for Form 1040-NR.

Boxes 15-17. Show state or local income tax withheld from the payments.

Future developments. For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099MISC.

22

**Form 1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2021** OMB No. 1545-0074

IRS Use Only—Do not write or staple in this space.

**Filing Status** [ ] Single [X] Married filing jointly [ ] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)
Check only one box.
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ANIL | CHUGH | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| VIDHU | CHUGH | 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 |

Home address (number and street). If you have a P.O. box, see instructions. Apt. no.
35 STEEPLE RIDGE CT

City, town, or post office. If you have a foreign address, also complete spaces below. State ZIP code
OAK BROOK   IL   60623

Foreign country name   Foreign province/state/county   Foreign postal code

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? [ ] Yes [X] No

**Standard Deduction** Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [X] Were born before January 2, 1957 [ ] Are blind Spouse: [ ] Was born before January 2, 1957 [ ] Is blind

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |

If more than four dependents, see instructions and check here ▶ [ ]

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | 13,878 | b Taxable amount | 6b 0 |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | | 7 | |
| 8 | Other income from Schedule 1, line 10 | | | 8 | 12,244 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | | | 9 | 12,244 |
| 10 | Adjustments to income from Schedule 1, line 26 | | | 10 | 865 |
| 11 | Subtract line 10 from line 9. This is your adjusted gross income | | | 11 | 11,379 |
| 12a | Standard deduction or itemized deductions (from Schedule A) | 12a | 26,450 | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b | | | |
| c | Add lines 12a and 12b | | | 12c | 26,450 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | 13 | |
| 14 | Add lines 12c and 13 | | | 14 | 26,450 |
| 15 | Taxable income. Subtract line 14 from line 11. If zero or less, enter -0- | | | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

ITA

Form **1040** (2021)

23

Form 1040 (2021)   ANIL and VISHU CHUGH   Document   Page 56 of 81

| Line | Description | Amount |
|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 16 |
| 17 | Amount from Schedule 2, line 3 | 17 |
| 18 | Add line 16 and 17 | 18 | 0 |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 |
| 20 | Amount from Schedule 3, line 8 | 20 |
| 21 | Add lines 19 and 20 | 21 | 0 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 1,730 |
| 24 | Add lines 22 and 23. This is your total tax | 24 | 1,730 |
| 25 | Federal income tax withheld from: | |
| a | Form(s) W-2 | 25a |
| b | Form(s) 1099 | 25b |
| c | Other forms (see instructions) | 25c |
| d | Add lines 25a through 25c | 25d | 0 |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 |
| 27a | Earned income credit (EIC) | 27a | 1,502 |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | |
| b | Nontaxable combat pay election | 27b |
| c | Prior year (2019) earned income | 27c |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | 0 |
| 29 | American opportunity credit from Form 8863, line 8 | 29 |
| 30 | Recovery rebate credit. See instructions | 30 |
| 31 | Amount from Schedule 3, line 13 | 31 |
| 32 | Add lines 27a and 28 through 31. These are your total other payments and refundable credits | 32 | 1,502 |
| 33 | Add lines 25d, 26, and 32. These are your total payments | 33 | 1,502 |
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid | 34 |
| 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 35a |
| b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | |
| d | Account number _____ | |
| 36 | Amount of line 34 you want applied to your 2022 estimated tax ▶ | 36 |
| 37 | Amount you owe. Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 228 |
| 38 | Estimated tax penalty (see instructions) | 38 | |

**Refund**
Direct deposit?
See instructions.

**Amount You Owe**

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS?
See instructions ............................................ ▶ ☒ Yes. Complete below.   ☐ No

Designee's name ▶ VISHRUT SHAH   Phone no. ▶ 630-343-9999   Personal identification number (PIN) ▶ 12466

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date 7/7/2023 | Your occupation RETIRED |
| Spouse's signature. If a joint return, both must sign. | Date 7/7/2023 | Spouse's occupation HOUSEWIFE |

Phone no. (630) 389-8275   Email address 123ANIL@GMAIL.COM

**Paid Preparer Use Only**

| Preparer's name VISHRUT SHAH | Preparer's signature VISHRUT SHAH | Date 7/7/2023 | PTIN P02389592 | Check if ☐ Self-employed |
| Firm's name ▶ SK TAX ASSOCIATES OF NAPERVILLE PLLC | | | Phone no. 630-343-9999 |
| Firm's address ▶ 1784 N WASHINGTON ST, 104B, NAPERVILLE, IL 60563 | | | Firm's EIN ▶ 85-0788067 |

Go to www.irs.gov/Form1040 for instructions and the latest information.   Form 1040 (2021)

24

95

**SCHEDULE 1**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Additional Income and Adjustments to Income**

► Attach to Form 1040, 1040-SR, or 1040-NR.
► Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. 01

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
ANIL and VIDHU CHUGH

Your social security number
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

**Part I   Additional Income**

| | | |
|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 |
| 2a | Alimony received | 2a |
| b | Date of original divorce or separation agreement (see instructions) ► | |
| 3 | Business income or (loss). Attach Schedule C. | 3 | 12,244 |
| 4 | Other gains or (losses). Attach Form 4797 | 4 |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 5 |
| 6 | Farm income or (loss). Attach Schedule F. | 6 |
| 7 | Unemployment compensation. | 7 |
| 8 | Other income: | |
| a | Net operating loss | 8a |
| b | Gambling income | 8b |
| c | Cancellation of debt | 8c |
| d | Foreign earned income exclusion from Form 2555 | 8d |
| e | Taxable Health Savings Account distribution | 8e |
| f | Alaska Permanent Fund dividends | 8f |
| g | Jury duty pay | 8g |
| h | Prizes and awards | 8h |
| i | Activity not engaged in for profit income | 8i |
| j | Stock options | 8j |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8k |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) | 8l |
| m | Section 951(a) inclusion (see instructions) | 8m |
| n | Section 951A(a) inclusion (see instructions) | 8n |
| o | Section 461(l) excess business loss adjustment | 8o |
| p | Taxable distributions from an ABLE account (see instructions) | 8p |
| z | Other income. List type and amount ► | 8z |
| 9 | Total other income. Add lines 8a through 8z | 9 | 0 |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | 12,244 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2021

HTA

Schedule 1 (Form 1040) 2021

| Part II | Adjustments to Income | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . | 15 | 685 |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . | 16 | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . | 17 | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . | 18 | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . | 19a | |
| b | Recipient's SSN . . . . . . . . . . . . ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . | 21 | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . . | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . | 24c | |
| d | Reforestation amortization and expenses . . . . . . | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans . . | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . | 24i | |
| j | Housing deduction from Form 2555 . . . . . . . . . | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . | 24k | |
| z | Other adjustments. List type and amount ▶ | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . | 25 | 0 |
| 26 | Add lines 11 through 23 and 25. These are your adjustments to income. Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . | 26 | 685 |

Schedule 1 (Form 1040) 2021

26

Case 24-00200    Doc 53    Filed 05/19/25    Entered 05/19/25 11:45:24    Desc Main
Document    Page 59 of 81

**SCHEDULE 2**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Additional Taxes**

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No.  02

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
ANIL and VIDHU CHUGH

Your social security number
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

| | **Part I** | **Tax** | | |
|---|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . | **3** | 0 |

| | **Part II** | **Other Taxes** | | | |
|---|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . | | **4** | 1,730 |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . . . . . | **5** | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . . | | **7** | 0 |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required . . . . . . | | **8** | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . | | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . . . | | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . . . | | **11** | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . . . | | **12** | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . | | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . . | | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . . | | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . . . | | **16** | |

(continued on page 2)

For Paperwork Reduction Act Notice, see your tax return instructions.
HTA

Schedule 2 (Form 1040) 2021

*27*

Schedule 2 (Form 1040) 2021                        ANIL and VIDHI CHUGH                        Page 2

**Part II   Other Taxes (continued)**

17   Other additional taxes:

a   Recapture of other credits. List type, form number, and
    amount  ▶ _____ | 17a |

b   Recapture of federal mortgage subsidy. If you sold your home in
    2021, see instructions . . . . . . . . . . . . . . . | 17b |

c   Additional tax on HSA distributions. Attach Form 8889 . . . . . | 17c |

d   Additional tax on an HSA because you didn't remain an eligible
    individual. Attach Form 8889 . . . . . . . . . . . . . | 17d |

e   Additional tax on Archer MSA distributions. Attach Form 8853 . . . | 17e |

f   Additional tax on Medicare Advantage MSA distributions. Attach
    Form 8853 . . . . . . . . . . . . . . . . . . . . | 17f |

g   Recapture of a charitable contribution deduction related to a
    fractional interest in tangible personal property . . . . . . . | 17g |

h   Income you received from a nonqualified deferred compensation
    plan that fails to meet the requirements of section 409A . . . . | 17h |

i   Compensation you received from a nonqualified deferred
    compensation plan described in section 457A . . . . . . . . | 17i |

j   Section 72(m)(5) excess benefits tax . . . . . . . . . . . | 17j |

k   Golden parachute payments . . . . . . . . . . . . . . | 17k |

l   Tax on accumulation distribution of trusts . . . . . . . . . | 17l |

m   Excise tax on insider stock compensation from an expatriated
    corporation . . . . . . . . . . . . . . . . . . . . | 17m |

n   Look-back interest under section 167(g) or 460(b) from Form
    8697 or 8866 . . . . . . . . . . . . . . . . . . . | 17n |

o   Tax on non-effectively connected income for any part of the
    year you were a nonresident alien from Form 1040-NR . . . . . | 17o |

p   Any interest from Form 8621, line 16f, relating to distributions
    from, and dispositions of, stock of a section 1291 fund . . . . . | 17p |

q   Any interest from Form 8621, line 24 . . . . . . . . . . . | 17q |

z   Any other taxes. List type and amount  ▶ _____ | 17z |

18   Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . . | 18 | 0 |

19   Additional tax from Schedule 8812 . . . . . . . . . . . . . . . . . . . | 19 | |

20   Section 965 net tax liability installment from Form 965-A . . . . . . | 20 | | | |

21   Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes**. Enter here
     and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . | 21 | 1,730 |

Schedule 2 (Form 1040) 2021

28

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| ANIL CHUGH | 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 |

A  Principal business or profession, including product or service (see instructions)

B  Enter code from instructions ▶

C  Business name. If no separate business name, leave blank.
410 LLC

D  Employer ID number (EIN) (see instr.)
84-2362258

E  Business address (including suite or room no.) ▶ 410 N NORTHWEST HWY
City, town or post office, state, and ZIP code   PALATINE   IL   60067

F  Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses . . . . [X] Yes [ ] No

H  If you started or acquired this business during 2021, check here . . . . . . . . . . . ▶ [ ]

I  Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . [ ] Yes [X] No

J  If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . [ ] Yes [ ] No

## Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . ▶ [ ] | **1** |
| 2 | Returns and allowances | **2** |
| 3 | Subtract line 2 from line 1 | **3** 0 |
| 4 | Cost of goods sold (from line 42) | **4** |
| 5 | Gross profit. Subtract line 4 from line 3 | **5** 0 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . ▶ | **7** 0 |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---:|
| 8 | Advertising | **8** | 18 | Office expense (see instructions) | **18** |
| 9 | Car and truck expenses (see instructions) | **9** | 19 | Pension and profit-sharing plans | **19** |
| 10 | Commissions and fees | **10** | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | **11** | a | Vehicles, machinery, and equipment | **20a** |
| 12 | Depletion | **12** | b | Other business property | **20b** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | 21 | Repairs and maintenance | **21** |
| | | | 22 | Supplies (not included in Part III) | **22** |
| | | | 23 | Taxes and licenses | **23** |
| 14 | Employee benefit programs (other than on line 19) | **14** | 24 | Travel and meals: | |
| | | | a | Travel | **24a** |
| 15 | Insurance (other than health) | **15** | b | Deductible meals (see instructions) | **24b** |
| 16 | Interest (see instructions): | | 25 | Utilities | **25** |
| a | Mortgage (paid to banks, etc.) | **16a** | 26 | Wages (less employment credits) | **26** |
| b | Other | **16b** | 27a | Other expenses (from line 48) | **27a** |
| 17 | Legal and professional services | **17** | b | Reserved for future use | **27b** |

| | | |
|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . ▶ | **28** 0 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | **29** 0 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . | **30** |
| 31 | Net profit or (loss). Subtract line 30 from line 29.
• If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you must go to line 32. | **31** |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.

HTA

Schedule C (Form 1040) 2021

29

**SCHEDULE C**
**(Form 1040)**

**Profit or Loss from Business**
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

**2021**

Department of the Treasury
Internal Revenue Service (99)

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| ANIL CHUGH | 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 |

A   Principal business or profession, including product or service (see instructions)
CONSULTING

B   Enter code from instructions ▶ 541990

C   Business name. If no separate business name, leave blank.

D   Employer ID number (EIN) (see instr.)

E   Business address (including suite or room no.)  ▶ 26 STEEPLE RIDGE CT
City, town or post office, state, and ZIP code   OAK BROOK      IL      60523

F   Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses . . . . ☒ Yes ☐ No

H   If you started or acquired this business during 2021, check here . . . . . . . . . . . . . . . . . . ▶ ☐

I   Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . ☐ Yes ☒ No

J   If "Yes," did you or will you file the required Form(s) 1099? . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part I    Income**

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . ▶ ☐ | 1 | 40,000 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 2 | 40,000 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . | 4 | 40,000 |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . ▶ | 7 | 40,000 |

**Part II    Expenses. Enter expenses for business use of your home only on line 30.**

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . | 9 | 21,760 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees . . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . . | 22 | |
| | | | | 23 | Taxes and licenses . . . . | 23 | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | 24 | Travel and meals: | | |
| | | | | a | Travel . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) . . . . | 24b | 2,300 |
| 16 | Interest (see instructions): | | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities . . . . . | 25 | |
| b | Other . . . . . | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | | 27a | Other expenses (from line 48) . | 27a | 3,698 |
| | | | | 27b | Reserved for future use . . | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . . . ▶ | 28 | 27,758 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | 29 | 12,244 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | 12,244 |
| | • If a loss, you must go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk. | |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.

HTA

Schedule C (Form 1040) 2021

30

Schedule C (Form 1040) 2021  ANIL CHUGH  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  Page 2

**Part III** Cost of Goods Sold (see instructions)

33  Method(s) used to
   value closing inventory:  a. ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
   If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . | 40 | 0 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 . . | 42 | 0 |

**Part IV** Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)  ▶  1/1/2020

44  Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

a  Business _____38,000___ b  Commuting (see instructions) _____  c  Other _____6,290___

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . ☒ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

**Part V** Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| LODGING | 2,736 |
| TELEPHONE | 960 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . | 48 | 3,696 |

Schedule C (Form 1040) 2021

31

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

▶ Go to www.irs.gov/ScheduleSE for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, or 1040-NR.

**2021**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)
ANIL CHUGH

Social security number of person
with self-employment income ▶   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

**Part I   Self-Employment Tax**

Note: If your only income subject to self-employment tax is church employee income, see instructions for how to report your income and the definition of church employee income.

| | | | |
|---|---|---|---|
| A | If you are a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361, but you had $400 or more of other net earnings from self-employment, check here and continue with Part I . . . . . . . . . ▶ | | ☐ |

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | 1b | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | 2 | 12,244 |
| 3 | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . | 3 | 12,244 |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . | 4a | 11,307 |
| | Note: If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . | 4b | 0 |
| c | Combine lines 4a and 4b. If less than $400, stop; you don't owe self-employment tax. Exception: If less than $400 and you had church employee income, enter -0- and continue . . . . . . . ▶ | 4c | 11,307 |
| 5a | Enter your church employee income from Form W-2. See instructions for definition of church employee income | 5a | |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . | 5b | 11,307 |
| 6 | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . | 6 | 11,307 |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2021 . . . . . . . . | 7 | (142,800) |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $142,800 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . | 8a | |
| b | Unreported tips subject to social security tax from Form 4137, line 10 . . . | 8b | |
| c | Wages subject to social security tax from Form 8919, line 10 . . . | 8c | |
| d | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . | 8d | 0 |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . ▶ | 9 | 142,800 |
| 10 | Multiply the smaller of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . | 10 | 1,402 |
| 11 | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . | 11 | 328 |
| 12 | Self-employment tax. Add lines 10 and 11. Enter here and on Schedule 2 (Form 1040), line 4 . . | 12 | 1,730 |
| 13 | Deduction for one-half of self-employment tax. Multiply line 12 by 50% (0.50). Enter here and on Schedule 1 (Form 1040), line 15 . . . . . . . | 13 | 865 |

**Part II   Optional Methods To Figure Net Earnings (see instructions)**

Farm Optional Method. You may use this method only if (a) your gross farm income[1] wasn't more than $8,820, or (b) your net farm profits[2] were less than $6,367.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods . . . . . . . . . . . . . . . . | 14 | 5,880 |
| 15 | Enter the smaller of: two-thirds (⅔) of gross farm income[1] (not less than zero) or $5,880. Also include this amount on line 4b above . . . . . . . . . . . . . | 15 | |

Nonfarm Optional Method. You may use this method only if (a) your net nonfarm profits[3] were less than $6,367 and also less than 72.189% of your gross nonfarm income,[4] and (b) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. Caution: You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . | 16 | 0 |
| 17 | Enter the smaller of: two-thirds (⅔) of gross nonfarm income[4] (not less than zero) or the amount on line 16. Also, include this amount on line 4b above . . . . . . . | 17 | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

For Paperwork Reduction Act Notice, see your tax return instructions.

HTA

Schedule SE (Form 1040) 2021

32

Form **8995**

Department of the Treasury
Internal Revenue Service
Name(s) shown on return

## Qualified Business Income Deduction
## Simplified Computation

▶ Attach to your tax return.
▶ Go to www.irs.gov/Form8995 for instructions and the latest information.

OMB No. 1545-2294

**2021**

Attachment
Sequence No. 55

Your taxpayer identification number

ANIL and VIDHU CHUGH

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

Note. You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | 410 LLC | 84-2382226 | 0 |
| ii | Sch C: 02 | 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 | 11,379 |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . . . . | 2 | 11,379 | |
| 3 | Qualified business net (loss) carryforward from the prior year . . . . | 3 | ( 0 ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- . | 4 | 11,379 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . | | | 5 | 2,276 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . . . . . . . . . | 6 | 0 | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . . . | 7 | ( 0 ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . . . . . . . . . . . . . . | 8 | 0 | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . . | | | 9 | 0 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . | | | 10 | 2,276 |
| 11 | Taxable income before qualified business income deduction (see instructions) . | 11 | 0 | |
| 12 | Net capital gain (see instructions) . . . . . . . . . . | 12 | 0 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . | 13 | 0 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . | | | 14 | 0 |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) . . . . . . . . ▶ | | | 15 | 0 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . . . | | | 16 | ( 0 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . . . | | | 17 | ( 0 ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.
HTA

Form **8995** (2021)

33

- - - - - - - - - - - - - - - - - - - CUT ALONG DOTTED LINE - - - - - - - - - - - - - - - - - - -

**Illinois Department of Revenue**
**2021 IL-1040-V** IR IDL
Payment Voucher for Individual Income Tax

Your payment is due April 18, 2022.

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
Your Social Security number

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
Spouse's Social Security number

$ _____ .9.00
Payment amount

ANIL and VIDHU CHUGH
35 STEEPLE RIDGE CT
OAK BROOK, IL 60523

Make your check payable to and mail to
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

Write your Social Security number(s) on your check.

|||||||||||||||||||||||||||||

104081221 1 2 323523743 9 03082107 1 000000900

*34*

PAYER'S name, street address, city or town, state or province, country or ZIP or foreign postal code, and telephone no.

JGR Enterprises, LLC
9653 N Granville Road

Mequon, WI 53097

**2021**

Form **1099-NEC**

**Nonemployee Compensation**

1 Nonemployee compensation

$ 13846.14

2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**Copy B**
**For Recipient**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 82-2548143 | 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 |

3

RECIPIENT'S name

Anil Chugh

Street address (including apt. no.)
35 Steeple Ridge Ct

City or town, state or province, country, and ZIP or foreign postal code
Oakbrook, IL 60523

4 Federal income tax withheld

$

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

FATCA filing requirement ☐

Account number (see instructions)

| 5 State tax withheld | 6 State/Payer's state no. IL/ | 7 State income |
|---|---|---|
| $ | | $ 13846.14 |
| $ | | $ |

Form **1099-NEC**      (keep for your records)      www.irs.gov/Form1099NEC      Department of the Treasury - Internal Revenue Service

### Instructions for Recipient

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

*[Instructions text partially illegible]*

35

**PAYER'S name, street address, city or town, state or province, country, or foreign postal code, and telephone no.**

Bulk Petroleum Corp
9653 N Granville Rd

Mequon, WI 53097
(262) 242-7849

| | 2021 | Nonemployee Compensation |
| --- | --- | --- |
| | Form 1099-NEC | |

Form 1099-NEC

**1 Nonemployee compensation**

$ 6153.84

**Copy B
For Recipient**

| **PAYER'S TIN** | **RECIPIENT'S TIN** |
| --- | --- |
| 45-2969775 | 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 |

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**RECIPIENT'S name**

Anil Chugh

**Street address (including apt. no.)**

35 Steeple Ridge Ct

**City or town, state or province, country, and ZIP or foreign postal code**

Oakbrook, IL 60523

**3**

**4 Federal income tax withheld**

$

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| | FATCA filing requirement ☐ |
| --- | --- |

**Account number (see instructions)**

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
| --- | --- | --- |
| $ | WI/036163 749396996 | $ 6153.84 |
| $ | | $ |

Form **1099-NEC**   (keep for your records)   www.irs.gov/Form1099NEC   Department of the Treasury - Internal Revenue Service

---

### Instructions for Recipient

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other Income" line (on Schedule 1 (Form 1040)).

Recipient's taxpayer identification number (TIN). For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

Account number. May show an account or other unique number the payer assigned to distinguish your account.

Box 1. Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

Note: If you are self-employed, you likely are required to make estimated tax payments. If you did not make sufficient timely estimated tax payments, you may owe a penalty for underpayment. See Form 1040-ES or Form 1040-ES (NR). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

Box 2. If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

Box 3. Reserved for future use.

Box 4. Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

Boxes 5-7. Show state income tax withheld reporting boxes.

Future developments. For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

Free File. Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

36

| CORRECTED (if checked) | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>JT Petroleum LLC<br>9653 N Granville Rd<br><br>Mequon, WI 53097<br><br>(262) 242-4800 | OMB No. 1545-0116<br><br>**2021**<br><br>Form 1099-NEC | **Nonemployee Compensation** |

| | 1 Nonemployee compensation<br><br>$ 19999.98 | **Copy B**<br>**For Recipient** |
|---|---|---|
| PAYER'S TIN             RECIPIENT'S TIN<br><br>35-2316630       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 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
| RECIPIENT'S name<br><br>Anil Chugh | 3 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br><br>35 Steeple Ridge Ct | 4 Federal income tax withheld<br><br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>Oakbrook, IL 60523 | | |
| | FATCA filing requirement ☐ | |
| Account number (see instructions) | 5 State tax withheld<br><br>$<br>$ | 6 State/Payer's state no.<br>IL/ | 7 State income<br><br>$ 19999.98<br>$ |

Form **1099-NEC**          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

### Instructions for Recipient

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 1 on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in this box is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

Note: If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (Estimated Tax for Individuals). Individuals must report these amounts as explained in the box 1 instructions on this page. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

Future developments. For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

Free File. Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

*37*

# Form 1040

**U.S. Individual Income Tax Return**  **2022**

Department of the Treasury—Internal Revenue Service

OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

[ ] Single   [X] Married filing jointly   [ ] Married filing separately (MFS)   [ ] Head of household (HOH)   [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent.

| | |
|---|---|
| Your first name and middle initial: ANIL | Last name: CHUGH |
| If joint return, spouse's first name and middle initial: VIDHU | Last name: CHUGH |

Your social security number: 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

Spouse's social security number: 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

Home address (number and street). If you have a P.O. box, see instructions.
35 STEEPLE RIDGE CT    Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.
OAK BROOK    State: IL    ZIP code: 60523

Foreign country name    Foreign province/state/county    Foreign postal code

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You   [ ] Spouse

**Digital Assets** At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   [ ] Yes   [X] No

**Standard Deduction** Someone can claim:   [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [X] Were born before January 2, 1958   [ ] Are blind   Spouse: [ ] Was born before January 2, 1958   [ ] Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

If more than four dependents, see instructions and check here . . [ ]

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 0 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | 0 |

If you did not get a Form W-2, see instructions.

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | 750 |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | 14,689 | b Taxable amount | 6b | 0 |

Attach Sch. B if required.

Standard Deduction for—

c If you elect to use the lump-sum election method, check here (see instructions) [ ]

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . [ ] | 7 | |
| 8 | Other income from Schedule 1, line 10 | 8 | 13,415 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | 9 | 14,165 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 948 |
| 11 | Subtract line 10 from line 9. This is your adjusted gross income | 11 | 13,217 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 27,300 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 27,300 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your taxable income | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2022)

38

Case 24-00200   Doc 53   Filed 05/19/25   Entered 05/19/25 11:45:24   Desc Main
Document      Page 71 of 81

Form 1040 (2022)     ANIL and VIDHU CHOGH

| Tax and Credits | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | 16 | — |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 0 |
| 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | 0 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 1,895 |
| 24 | Add lines 22 and 23. This is your total tax | 24 | 1,895 |

| Payments | | | |
|---|---|---|---|
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 | 25a | |
| b | Form(s) 1099 | 25b | |
| c | Other forms (see instructions) | 25c | |
| d | Add lines 25a through 25c | 25d | 0 |
| 26 | 2022 estimated tax payments and amount applied from 2021 return | 26 | |
| 27 | Earned income credit (EIC) | 27 | 560 |
| 28 | Additional child tax credit from Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Reserved for future use | 30 | |
| 31 | Amount from Schedule 3, line 13 | 31 | |
| 32 | Add lines 27, 28, 29, and 31. These are your total other payments and refundable credits | 32 | 560 |
| 33 | Add lines 25d, 26, and 32. These are your total payments | 33 | 560 |

| Refund | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid | 34 | |
| 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ☐ | 35a | |
| b | Routing number | | ☐ Type: ☐ Checking ☐ Savings |
| d | Account number | | |
| 36 | Amount of line 34 you want applied to your 2023 estimated tax | 36 | |

| Amount You Owe | | | |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the amount you owe. For details on how to pay, go to www.irs.gov/Payments or see instructions | 37 | 1,352 |
| 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS?
See instructions. ☒ Yes. Complete below. ☐ No

Designee's name  VISHRUT SHAH
Phone no.  630-343-9999
Personal identification number (PIN)  72468

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature  Date 7/7/2023  Your occupation RETIRED
Spouse's signature. If a joint return, both must sign.  Date 7/7/2023  Spouse's occupation HOUSEWIFE

Phone no. (630) 336-8275   Email address 123ANIL@GMAIL.COM

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if |
|---|---|---|---|---|
| VISHRUT SHAH | VISHRUT SHAH | 7/7/2023 | P02345603 | ☐ Self-employed |

Firm's name  GK TAX ASSOCIATES OF NAPERVILLE PLLC
Phone no. 630-343-9999
Firm's address  1754 N WASHINGTON ST, 104B, NAPERVILLE, IL 60563
Firm's EIN

Go to www.irs.gov/Form1040 for instructions and the latest information.
Form 1040 (2022)

39

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
ANIL and VIDHU CHUGH

Your social security number
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

| Part I | Additional Income | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . . . . . . . | 1 | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . | 4 | 13,415 |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . | 5 | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . . . . . . . . . . . . | 8a | ( ) |
| b | Gambling . . . . . . . . . . . . . . . . . . . . . . | 8b | |
| c | Cancellation of debt . . . . . . . . . . . . . . . . . . | 8c | |
| d | Foreign earned income exclusion from Form 2555 . . . . . . . . | 8d | ( ) |
| e | Income from Form 8853 . . . . . . . . . . . . . . . . . | 8e | |
| f | Income from Form 8889 . . . . . . . . . . . . . . . . . | 8f | |
| g | Alaska Permanent Fund dividends . . . . . . . . . . . . . . | 8g | |
| h | Jury duty pay . . . . . . . . . . . . . . . . . . . . | 8h | |
| i | Prizes and awards . . . . . . . . . . . . . . . . . . . | 8i | |
| j | Activity not engaged in for profit income . . . . . . . . . . . | 8j | |
| k | Stock options . . . . . . . . . . . . . . . . . . . . | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . . . . . . . . . | 8m | |
| n | Section 951(a) inclusion (see instructions) . . . . . . . . . . | 8n | |
| o | Section 951A(a) inclusion (see instructions) . . . . . . . . . | 8o | |
| p | Section 461(l) excess business loss adjustment . . . . . . . . | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) . . . | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 . . . . | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d . . . . . . . . . . . . . . . . . . | 8s | ( ) |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan . . . . . . . . . . . . | 8t | |
| u | Wages earned while incarcerated . . . . . . . . . . . . . | 8u | |
| z | Other income. List type and amount: | 8z | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . . . . . . | 9 | 0 |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . | 10 | 13,415 |

For Paperwork Reduction Act Notice, see your tax return instructions.

HTA

Schedule 1 (Form 1040) 2022

40

35

Schedule 1 (Form 1040) 2022                     ANIL and VIDHU CHUGH

| Part II | Adjustments to Income | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 11 | Educator expenses | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | 15 | 948 |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | 16 | |
| 17 | Self-employed health insurance deduction | 17 | |
| 18 | Penalty on early withdrawal of savings | 18 | |
| 19a | Alimony paid | 19a | |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction | 20 | |
| 21 | Student loan interest deduction | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | Archer MSA deduction | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | |
| d | Reforestation amortization and expenses | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | |
| z | Other adjustments. List type and amount: | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z | 25 | 0 |
| 26 | Add lines 11 through 23 and 25. These are your adjustments to income. Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a | 26 | 948 |

Schedule 1 (Form 1040) 2022

41

B2

**SCHEDULE 2**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Additional Taxes

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
ANIL and VIDHU CHUGH

Your social security number
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

| | **Part I** Tax | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . . | 2 | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . | 3 | 0 |

| | **Part II** Other Taxes | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . | | 4 | 1,695 |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . . . . | 5 | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . | 6 | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . . | | 7 | 0 |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here . . . . . . . . . . . . . . . . ☐ | | 8 | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . | | 9 | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . . . . | | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . . | | 11 | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . | | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . | | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . . . . . | | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . . . . . | | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . . . | | 16 | |

(continued on page 2)

For Paperwork Reduction Act Notice, see your tax return instructions.
HTA

Schedule 2 (Form 1040) 2022

42                    32

Case 24-00200    Doc 53    Filed 05/19/25    Entered 05/19/25 11:45:24    Desc Main
Document      Page 75 of 81

Schedule 2 (Form 1040) 2022    ANIL and VIDHU CHUGH

| Part II | Other Taxes *(continued)* | | |
|---|---|---|---|
| 17 | Other additional taxes: | | |
| a | Recapture of other credits. List type, form number, and amount: _____ | 17a | |
| b | Recapture of federal mortgage subsidy, if you sold your home see instructions . . . . . . . . . . . . . . . | 17b | |
| c | Additional tax on HSA distributions. Attach Form 8889 . . . . . . . . . | 17c | |
| d | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . | 17d | |
| e | Additional tax on Archer MSA distributions. Attach Form 8853 . . . . . . . | 17e | |
| f | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 . . . . . . . . . . . . . . . . | 17f | |
| g | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . | 17g | |
| h | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . . . | 17h | |
| i | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . | 17i | |
| j | Section 72(m)(5) excess benefits tax . . . . . . . . . . . . . | 17j | |
| k | Golden parachute payments . . . . . . . . . . . . . . . . | 17k | |
| l | Tax on accumulation distribution of trusts . . . . . . . . . . . | 17l | |
| m | Excise tax on insider stock compensation from an expatriated corporation . . . . . . . . . . . . . . . . . . . | 17m | |
| n | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . . . . . . . . . . . . . . . . . | 17n | |
| o | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . . . . | 17o | |
| p | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . . . | 17p | |
| q | Any interest from Form 8621, line 24 . . . . . . . . . . . . | 17q | |
| z | Any other taxes. List type and amount: _____ | 17z | |
| 18 | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . | 18 | 0 |
| 19 | Reserved for future use . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Section 965 net tax liability installment from Form 965-A . . . . . . . . | 20 | |
| 21 | Add lines 4, 7 through 16, and 18. These are your total other taxes. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . | 21 | 1,895 |

Schedule 2 (Form 1040) 2022

43

37

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)

Go to www.irs.gov/ScheduleC for instructions and the latest information.
Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| ANIL CHUGH | 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 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |
|---|---|---|---|
| 410 LLC | | | 84-2302268 |

| E | Business address (including suite or room no.) | 410 N NORTHWEST HWY | | |
|---|---|---|---|---|
| | City, town or post office, state, and ZIP code | PALATINE | IL | 60067 |

F  Accounting method:  (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify)

G  Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . . . . ☒ Yes  ☐ No

H  If you started or acquired this business during 2022, check here . . . . . ☐

I  Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . ☐ Yes  ☒ No

J  If "Yes," did you or will you file required Form(s) 1099? . . . . . ☐ Yes  ☐ No

**Part I   Income**

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . ☐ | 1 | 10,800 |
|---|---|---|---|
| 2 | Returns and allowances . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . | 3 | 10,800 |
| 4 | Cost of goods sold (from line 42) . . . . . | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . | 5 | 10,800 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . | 7 | 10,800 |

**Part II   Expenses.** Enter expenses for business use of your home only on line 30.

| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) . . . . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicle, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) . | 15 | | a | Travel . . . . . . . | 24a | |
| 16 | Interest (see instructions): | | | b | Deductible meals (see instructions) . | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities . . . . . | 25 | |
| b | Other . . . . . | 16b | | 26 | Wages (less employment credits) . | 26 | |
| 17 | Legal and professional services . | 17 | | 27a | Other expenses (from line 48) . | 27a | |
| | | | | b | Reserved for future use . . . | 27b | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . | 28 | 0 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . | 29 | 10,800 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | 10,800 |
| | • If a loss, you must go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk. | |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.

HTA

Schedule C (Form 1040) 2022

44



**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)

Go to www.irs.gov/ScheduleC for instructions and the latest information.

Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. 09

Name of proprietor: **ANIL CHUGH**
Social security number (SSN): 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

**A** Principal business or profession, including product or service (see instructions): CONSULTING
**B** Enter code from instructions: 541990

**C** Business name. If no separate business name, leave blank.
**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) 25 STEEPLE RIDGE CT.
City, town or post office, state, and ZIP code: OAK BROOK   IL   60523

**F** Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify)

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . . . . [X] Yes  [ ] No

**H** If you started or acquired this business during 2022, check here . . . . . . . . . . . . . . . . . [ ]

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . [ ] Yes  [X] No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**Part I   Income**

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . [ ] | **1** 2,615 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . | **2** |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . | **3** 2,615 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . | **4** |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | **5** 2,615 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | **6** |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . | **7** 2,615 |

**Part II   Expenses. Enter expenses for business use of your home only on line 30.**

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising . . . | **8** | 18 | Office expense (see instructions) . . | **18** |
| 9 | Car and truck expenses (see instructions) . . | **9** | 19 | Pension and profit-sharing plans . . | **19** |
| 10 | Commissions and fees . . | **10** | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | **11** | a | Vehicles, machinery, and equipment. | **20a** |
| 12 | Depletion . . . . | **12** | b | Other business property . . . | **20b** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . | **13** | 21 | Repairs and maintenance . . . | **21** |
| | | | 22 | Supplies (not included in Part III) . . | **22** |
| | | | 23 | Taxes and licenses . . . . | **23** |
| 14 | Employee benefit programs (other than on line 19) . . | **14** | 24 | Travel and meals: | **24a** |
| | | | a | Travel . . . . . . . | **24a** |
| 15 | Insurance (other than health) . | **15** | b | Deductible meals (see instructions) . . . . . | **24b** |
| 16 | Interest (see instructions): | | 25 | Utilities . . . . . . | **25** |
| a | Mortgage (paid to banks, etc.) | **16a** | 26 | Wages (less employment credits) . | **26** |
| b | Other . . . . . | **16b** | 27a | Other expenses (from line 48) . | **27a** |
| 17 | Legal and professional services | **17** | b | Reserved for future use . . | **27b** |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . . . | | **28** 0 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | | **29** 2,615 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . | | **30** |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. | | **31** 2,615 |
| | • If a loss, you must go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3. | **32a** [ ] All investment is at risk. **32b** [ ] Some investment is not at risk. | |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | |

For Paperwork Reduction Act Notice, see the separate instructions.
HTA

Schedule C (Form 1040) 2022

45

35

**SCHEDULE SE**
(Form 1040)

**Self-Employment Tax**

Department of the Treasury
Internal Revenue Service

Go to www.irs.gov/ScheduleSE for instructions and the latest information.

Attach to Form 1040, 1040-SR, or 1040-NR.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)

ANIL CHUGH

Social security number of person
with self-employment income

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

## Part I  Self-Employment Tax

Note: If your only income subject to self-employment tax is church employee income, see instructions for how to report your income and the definition of church employee income.

| | | | |
|---|---|---|---|
| A | If you are a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361, but you had $400 or more of other net earnings from self-employment, check here and continue with Part I . . . . . . . . ▶ | | ☐ |

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . | **1a** | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | **1b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 13,415 |
| 3 | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . | **3** | 13,415 |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . . | **4a** | 12,389 |
| | Note: If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . | **4b** | 0 |
| c | Combine lines 4a and 4b. If less than $400, stop; you don't owe self-employment tax. Exception: If less than $400 and you had church employee income, enter -0- and continue . . . . . . . ▶ | **4c** | 12,389 |
| 5a | Enter your church employee income from Form W-2. See instructions for definition of church employee income . . . . . . . . . . | **5a** | |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . | **5b** | 0 |
| 6 | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . | **6** | 12,389 |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2022 . . . . . . . . . | **7** | 147,000 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $147,000 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . . | **8a** | |
| b | Unreported tips subject to social security tax from Form 4137, line 10 . . . . | **8b** | |
| c | Wages subject to social security tax from Form 8919, line 10 . . . . | **8c** | |
| d | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . | **8d** | 0 |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . ▶ | **9** | 147,000 |
| 10 | Multiply the smaller of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . | **10** | 1,536 |
| 11 | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . | **11** | 359 |
| 12 | Self-employment tax. Add lines 10 and 11. Enter here and on Schedule 2 (Form 1040), line 4 . . | **12** | 1,895 |
| 13 | Deduction for one-half of self-employment tax. Multiply line 12 by 50% (0.50). Enter here and on Schedule 1 (Form 1040), line 15 . . . . . . . . . . . . . . | **13** | 948 |

## Part II  Optional Methods To Figure Net Earnings (see instructions)

Farm Optional Method. You may use this method only if (a) your gross farm income¹ wasn't more than $9,060, or (b) your net farm profits² were less than $6,540.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods | **14** | 6,040 |
| 15 | Enter the smaller of: two-thirds (⅔) of gross farm income¹ (not less than zero) or $6,040. Also include this amount on line 4b above . . . . . . . . . . . . | **15** | |

Nonfarm Optional Method. You may use this method only if (a) your net nonfarm profits³ were less than $6,540 and also less than 72.189% of your gross nonfarm income,⁴ and (b) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. Caution: You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . | **16** | 0 |
| 17 | Enter the smaller of: two-thirds (⅔) of gross nonfarm income⁴ (not less than zero) or the amount on line 16. Also, include this amount on line 4b above . . . . . . . . | **17** | |

¹ From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
² From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
³ From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
⁴ From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule SE (Form 1040) 2022

HTA

46

36

# Form 8995

**Qualified Business Income Deduction**
**Simplified Computation**

Attach to your tax return.
Go to www.irs.gov/Form8995 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-2294

**2022**

Attachment
Sequence No. 55

Name(s) shown on return: ANIL and VIDHU CHUGH

Your taxpayer identification number: 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

**Note.** You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $170,050 ($340,100 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | 410 LLC | 84-2982268 | 10,037 |
| ii | Sch C: 02 | 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 | 2,430 |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | 12,467 | |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | ( 0 ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 12,467 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | 5 | 2,493 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | 0 | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | ( 0 ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | 0 | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | 9 | 0 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | 10 | 2,493 |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 0 | |
| 12 | Net capital gain (see instructions) | 12 | 0 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 0 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | 14 | 0 |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | 15 | 0 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | 16 | ( 0 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17 | ( 0 ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Form **8995** (2022)

HTA

47

37

SUNOCO, LLC
8020 Park Lane
Dallas, TX 75231

For 1099 related questions please call the
1099 Tax Reporting line at 469.646.1660
or email: 1099inquiry.mailbox@energytransfer.com
Please leave a detailed message that includes
the full name on the Form and your account number.

410 LLC
35 STEEPLE RIDGE CT
OAK BROOK, IL 60523-2623

## Instructions for Recipient

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES NR). Individuals must report these amounts as explained in these box 1 instructions. Corporations, fiduciaries, and partnerships report these amounts on the appropriate line of their tax returns.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership and the recipient/partner completes Schedule SE (Form 1040).

---

| | | CORRECTED (if checked) | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
| SUNOCO, LP SUNOCO, LLC 8020 Park Lane Dallas, TX 75231 | | 2022 Form 1099-NEC | |
| PAYER'S TIN 30-0740483 | RECIPIENT'S TIN 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 | 1 Nonemployee compensation $ 10,800.00 | Copy B For Recipient |
| | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code 410 LLC 35 STEEPLE RIDGE CT OAK BROOK, IL 60523-2623 | | 3 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 4 Federal income tax withheld $ | |
| Account number (see instructions) 1000382074 | | 5 State tax withheld $ | 6 State/Payer's state no. IL / | 7 State income $ |

Form 1099-NEC (Rev. 1-2022)   (keep for your records)   www.irs.gov/Form1099NEC   Department of the Treasury - Internal Revenue Service

48      38

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

JT Petroleum LLC
9653 N Granville Rd

Mequon, WI 53097
(262) 242-4800

OMB No. 1545-0116

Form **1099-NEC**
(Rev. January 2022)
For calendar year
**2022**

**Nonemployee Compensation**

**1** Nonemployee compensation

$  2615.38

**Copy B**
For Recipient

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 35-2316630 | XXX-XX-3743 |

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

RECIPIENT'S name

Anil Chugh

Street address (including apt. no.)

35 Steeple Ridge Ct

City or town, state or province, country, and ZIP or foreign postal code

Oakbrook, IL 60523

**3**

**4** Federal income tax withheld

$

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Account number (see instructions)

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|
| $ | IL | $ 2615.38 |
| $ | | $ |

Form **1099-NEC** (Rev. 1-2022)      (keep for your records)      www.irs.gov/Form1099NEC      Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form, report the amount shown in box 1 on the line for "Wages, salaries, tips, etc." of Form 1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in box 1 is not self-employment (SE) income (for example, it is income from a sporadic activity or a hobby), report the amount shown in box 1 on the "Other income" line (on Schedule 1 (Form 1040)).

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows nonemployee compensation. If the amount in this box is SE income, report it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1 (Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form 1040).

**Note:** If you are receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES (NR)). Individuals must report these amounts as explained in the box 1 instructions on this line. Corporations, fiduciaries, and partnerships must report these amounts on the appropriate line of their tax returns.

**Box 2.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 3.** Reserved for future use.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5-7.** State income tax withheld reporting boxes.

Future developments. For the latest information about developments related to Form 1099-NEC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099NEC.

Free File Program. Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

49          39

SUNOCO, LLC Case 24-00200   Doc 53   Filed 05/19/25   Entered 05/19/25 11:45:24   Desc Main
8020 Park Lane                    Document     Page 11 of 46
Dallas, TX 75231

If you have questions please call the
1099 Tax Reporting line at 469.646.1660
or email: 1099inquiry.mailbox@energytransfer.com
Please leave a detailed message that includes
the full name on the form and your account number.

410 LLC
25 STEEPLE RIDGE CT
OAK BROOK, IL  60523-2623

## Instructions for Recipient

You received this form instead of Form W-2 because the payer did not consider you an
employee and did not withhold income tax or social security and Medicare tax.

If you believe you are an employee and cannot get the payer to correct this form,
report the amount shown in box 1 on the line for "Wages, salaries, tips, etc." of Form
1040, 1040-SR, or 1040-NR. You must also complete Form 8919 and attach it to
your return. For more information, see Pub. 1779, Independent Contractor or Employee.

If you are not an employee but the amount in box 1 is not self-employment
income (for example, it is income from a sporadic activity or a hobby), report the amount
shown in box 1 on the "Other Income" line (on Schedule 1 (Form 1040)).

Recipient's taxpayer identification number (TIN). For your protection, this form may
show only the last four digits of your TIN (social security number (SSN), individual
taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN),
or employer identification number (EIN)). However, the issuer has reported your complete
TIN to the IRS.

Account number. May show an account or other unique number the payer assigned to
distinguish your account.

Box 1. Shows nonemployee compensation. If the amount in this box is SE income, report
it on Schedule C or F (Form 1040) if a sole proprietor, or on Form 1065 and Schedule K-1
(Form 1065) if a partnership, and the recipient/partner completes Schedule SE (Form
1040).

Note: If you are receiving payments on which no income, social security, and
Medicare taxes are withheld, you should make estimated payments. See
Form 1040-ES (or Form 1040-ES (NR)). Individuals abroad must report all income
as explained in the Form 1040 instructions. Corporations, fiduciaries, and partner-
ships must report these amounts on the appropriate line of their tax returns.

Box 2. If checked, consumer products totaling $5,000 or more were sold to
you for resale, on a buy-sell, a deposit-commission, or other basis. Generally,
report any income from your sale of these products (Schedule C (Form 1040)).

Box 3. Reserved for future use.

Box 4. Shows backup withholding. A payer must backup withhold on certain
payments if you did not give your TIN to the payer. See Form W-9. Request for
Taxpayer Identification Number and Certification, for information on backup
withholding. Include this amount on your income tax return as tax withheld.

Boxes 5-7. State income tax withheld reporting boxes.

Future developments. For the latest information about developments
related to Form 1099-NEC and its instructions, such as legislation enacted
after they were published, go to www.irs.gov/Form1099NEC.

Free File Program. Go to www.irs.gov/FreeFile to see if you qualify for no-cost
online federal tax preparation, e-filing, and direct deposit or payment options.

| | | | CORRECTED (if checked) | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | | OMB No. 1545-0116 | |
| SUNOCO, LP  SUNOCO, LLC  8020 Park Lane  Dallas, TX 75231 | | | **2022** Form 1099-NEC | **Nonemployee Compensation** |
| PAYER'S TIN  30-0740483 | RECIPIENT'S TIN  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 | 1 Nonemployee compensation  $  10,800.00  2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ▸ ☐ | | Copy B  For Recipient |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code  410 LLC  35 STEEPLE RIDGE CT  OAK BROOK, IL 60523-2623 | | 3  4 Federal income tax withheld  $ | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account number (see instructions)  1000382074 | | 5 State tax withheld  $ | 6 State/Payer's state no.  IL / | 7 State income |
| Form 1099-NEC (Rev. 1-2022)  2H8164 3.000 | (Keep for your records)  www.irs.gov/Form1099NEC | | Department of the Treasury - Internal Revenue Service | |

50



## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## <u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| **Re:** | ) | **Chapter   7** |
| | ) | |
| **Anil Chugh** | ) | |
| | ) | **Case No. 23-BK-16790** |
| **Debtor** | ) | |
| ─────────────── | ) | |
| | ) | **Hon. Judge Janet Baer** |
| **Zafar Sheikh** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | **Adversary Case No.** |
| | ) | **24 – A - 0200** |
| **Anil Chugh, Vidhu Chugh, Ankur** | ) | |
| **Chugh, Ashwin Chugh, Unknown** | ) | |
| **owners& Recipients of Avoidable** | ) | |
| **Transfers/Assets** | ) | |
| | ) | |
| **Defendants** | ) | |

# EXHIBIT    B

*This Instrument Prepared By:*
Fuchs & Roselli, Ltd.
Michael T. O'Connor, Esq.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606

Doc#. 1920355052 Fee: $98.00
Edward M. Moody
Cook County Recorder of Deeds
Date: 07/22/2019 10:00 AM Pg:  1 of 4

Dec ID 20190701631940
ST/CO Stamp 0-156-132-448

*When Recorded Return To:*
T. Paul S. Chawla, Esq.
Goldstein, Skrodzki, Russian, Nemec & Hoff, Ltd.
3908 North Cass Avenue
Westmont, Illinois 60559

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED is made as of the 12th day of July, 2019, by V AND V TRADING, INC., an Illinois corporation ("Grantor"), with a mailing address of 1612 Wadham Place, Wheaton, Illinois 60189 ("Grantor"), to and in favor of CHICAGO TITLE LAND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED JULY 11, 2019 AND KNOWN AS TRUST NO. 8002381272 ("Grantee"), with a mailing address 10 South LaSalle Street, Chicago, Illinois 60603.

WITNESSETH, that Grantor, for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other good and valuable consideration, in hand paid by Grantee, the receipt and sufficiency whereof is hereby acknowledged, by these presents does hereby CONVEY AND WARRANT unto Grantee and its successors and assigns all of Grantor's right, title and interest in and to that certain real property located in Cook County, Illinois which is legally described on Exhibit A attached hereto and made a part hereof (the "Land"), together with all improvements thereon, if any, and all privileges, rights, easements, hereditaments, and appurtenances thereunto belonging, and all right, title and interest of Grantor in and to all streets, alleys, passages and other rights-of-way included therein or adjacent thereto (the "Real Property"). This is not Homestead Property.

TO HAVE AND TO HOLD the Real Property unto Grantee and Grantee's successors and assigns FOREVER.

And Grantor does hereby covenant, promise and agree to and with the Grantee, and its successors and assigns, that the Grantor has not done or suffered to be done anything whereby the Real Property hereby granted and conveyed hereby is or may be, in any manner, encumbered or charged, except for those title exceptions listed on Exhibit B attached hereto and made a part hereof (the "Permitted Exceptions"), and that Grantor will WARRANT AND FOREVER DEFEND the Real Property unto Grantee and its successors and assigns, against all persons or entities making any claims or demands concerning the Real Property by, through or under the Grantor, subject, however, to the Permitted Exceptions.

Exempt under Paragraph E of 35 ILCS 200/31-45

_____     7|12|19
Grantor, Grantee, or Agent        Date

CC HI 1900795LD (00) PDB

Exempt IN WITNESS WHEREOF, Grantor has caused its name to be signed to this Special Warranty Deed on the day and year first above written.

GRANTOR:

V AND V TRADING, INC.
an Illinois corporation

By: _____
Name:  Rosamma Vadakumpadam
Its:  President


STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF COOK        )

     I, the undersigned, a Notary Public, in and for and residing in said County, in the State aforesaid, do hereby certify that **Rosamma Vadakumpadam**, being the President of **V and V Trading, Inc.**, an Illinois corporation, is the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that she signed, sealed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth.

     Given under my hand and notarial seal this ___ day of _____, 2019.

_____
Notary Public

My Commission expires: _____

MICHAEL T OCONNOR
Official Seal
Notary Public - State of Illinois
My Commission Expires May 3, 2020

REAL ESTATE TRANSFER TAX                    18-Jul-2019
                              COUNTY:      0.00
                              ILLINOIS:    0.00
                              TOTAL:       0.00
02-14-101-024-0000   | 20190701631940 | 0-156-132-448

## **EXHIBIT A**

### **LEGAL DESCRIPTION**

THAT PART OF LOT 1 LYING SOUTHEASTERLY OF A LINE DRAWN PERPENDICULAR TO THE SOUTHWESTERLY LINE OF SAID LOT 1, WHICH INTERSECTS THE NORTHEASTERLY CURVED LINE THEREOF AT A POINT 150 FT, ARC MEASURE NORTHWESTERLY OF THE SOUTHEASTERLY CORNER OF SAID LOT 1, IN SCHER'S SUBDIVISION, BEING A SUBDIVISION OF PART OF THE NORTHWEST ¼ OF SECTION 14, TOWNSHIP 42 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN:   02-14-101-024-0000


ADDRES: 410 North Northwest Highway, Palatine, IL 60067

## EXHIBIT B

## PERMITTED EXCEPTIONS

(1)    All Delinquent and sold taxes as wells as general real estate taxes not yet due and payable.

(2)    Taxes or special assessments which are not shown as existing liens by the public record.

(3)    Easement for the construction, maintenance and operation of gas main contained in grant from Palatine Plaza Shopping Center, Inc., Corporation of Illinois, to Northern Illinois Gas Company, recorded as document 18022474 over a strip of Land 10 feet in width, the center line of which is shown on exhibit 'A' attached to said Instrument Note: Said 10 foot easement is located generally over the Southerly and Southwesterly lines of the Land and into the Westerly portion of the Land; however, for exact location reference should be had to exhibit 'A' attached to said instrument..

(4)    Grant made by Palatine Plaza Shopping Center Inc., to the Commonwealth Edison Company and the Illinois Bell Telephone Company recorded April 12, 1961 as document 18133047 granting the right to install and maintain all equipment for the purpose of serving the Land and other property with telephone and Electric Service, with right of access thereto in, upon, under and along a part of the Land.

(5)    Covenants and restrictions (but omitting any such covenant or restriction based on race, color, religion, sex, handicap, familial status or national origin unless and only to the extent that said Covenant (A) is exempt under Chapter 42, Section 3607 of the United States Code or (B) relates to handicap but does not discriminate against handicapped persons), contained in the deed recorded December 5, 2000 as Document No. 0952704, which does not contain a reversionary or forfeiture clause, relating to: 1) no water wells, either for potable or other use, with the exception of remediation, monitoring or investigation wells Will be installed on any part of the Land;  2) Real Estate shall be used solely and exclusively for commercial and/or industrial purposes; 3) no basements or other underground improvements, with the exception of building footings, Will be constructed on the Land; 4) no part of the Land Will be used for the purpose of operating a child care or elder care facility, a nursing home facility or hospice, a medical or dental facility, a school, a church, a park or a hospital; and, 5) restrictions regarding soil removal.

(6)    Right of entry agreement made by and between Amoco Oil Company and Ratnagar Singh recorded December 5, 2000 as document number 00952703.

(7)    Terms and provisions of an Illinois Environmental Protection Agency no further remediation letter recorded July 24, 2002 as document 0020808079.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **Re:** | ) | **Chapter   7** |
| | ) | |
| **Anil Chugh** | ) | |
| | ) | **Case No. 23-BK-16790** |
| **Debtor** | ) | |
| _____ | ) | |
| | ) | **Hon. Judge Janet Baer** |
| **Zafar Sheikh** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
|     **vs.** | ) | **Adversary Case No.** |
| | ) | **24 – A - 0200** |
| **Anil Chugh, Vidhu Chugh, Ankur** | ) | |
| **Chugh, Ashwin Chugh, Unknown** | ) | |
| **owners& Recipients of Avoidable** | ) | |
| **Transfers/Assets** | ) | |
| | ) | |
| **Defendants** | ) | |

# EXHIBIT   C

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF COOK         )

Village of Palatine
Clerk's Office
200 E. Wood Street
Palatine, IL 60067

Doc# 2526807019 Fee $88.00
ILRHSP FEE:$18.00 RPRF FEE:$1.00
Monica Gordon
Cook County Clerk's Office
Date: 9/25/2025 12:11 PM
PAGE: 1 of 3

## Original Administrative Hearing Judgment Lien

The Village of Palatine, an Illinois Municipal Corporation, 200 East Wood Street, Palatine, Illinois 60067-5339 ("Village"), hereby files its Original Administrative Hearing Judgment Lien on the Real Estate (as hereinafter described) and against the interest of the following entity in the Real Estate ("Owner"):

Primary:

**Chicago Title Land Trust Company, Trustee
Trust No. 8002381272 Dated 07/11/2019
10 LaSalle Street, Suite 2750
Chicago, IL 60603**

and any persons claiming an interest in the Real Estate (as hereinafter described) by, through, or under Owner.

The Village states as follows:

1. On or about May 23, 2025, subsequently, Owner owned fee simple to the Real Estate (including all land and improvements thereon) ("Real Estate") in Cook County, Illinois consisting of commercial property commonly known as 410 N. Northwest Highway, Palatine, Illinois 60067, permanent real estate tax number, and legally described as follows:

**Common Address:        410 N. Northwest Highway, Palatine, IL 60067
Permanent Index No.:     02-14-101-024-0000**

Lot 024 in SCHER'S SUBDIVISION being a subdivision of part of the north west ¼ of section 14, Township 42 North, Range 10 East of the 3rd Principal Meridian. Recorded August 1, 1958 per document 17277738, Cook County, Illinois.

2. A judgment was entered on June 25, 2025 in regards to Citation 25-00000132 by the Administrative Law Judge of the Village of Palatine Administrative Hearing Division in the amount of ONE THOUSAND AND SEVEN HUNDRED AND THIRTY-FIVE DOLLARS ($1,735.00). A copy of the Findings, Decision, and Order is attached hereto as Exhibit "A".

3. As of the date hereof, there is due, unpaid, and owing to Claimant, after allowing all credits, the sum of ONE THOUSAND AND SEVEN HUNDRED AND THIRTY-FIVE DOLLARS ($1,735.00), which amount bears interest at the statutory rate of nine percent (9%) per annum. Claimant claims a lien on the real estate (including all land and improvements thereon) in the amount of ONE THOUSAND AND SEVEN HUNDRED AND THIRTY-FIVE DOLLARS ($1,735.00), plus interest, and costs.

This document has been prepared by and
after recording should be returned to:                    VILLAGE OF PALATINE

Village of Palatine
Administrative Hearing Division
200 East Wood Street
Palatine, IL 60067-5339

                                                          Meghann Post
                                                          Administrative Hearing Division

VERIFICATION

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

Patrick Brankin, being first duly sworn on oath, states that he is a Village Attorney for the Village of Palatine, an Illinois Municipal Corporation, that he is authorized to sign this Verification to the foregoing Original Administrative Adjudication Judgment Lien, that he has read the Lien, and that the statements contain therein are true.

Patrick Brankin

Subscribed and sworn to before me this 8 day of September, 2025.

Notary Public

My Commission expires November 02, 2027.

OFFICIAL SEAL
LAURA A OKRZESIK
Notary Public, State of Illinois
Commission No. 980723
My Commission Expires
November 02, 2027

# IN THE VILLAGE OF PALATINE, ILLINOIS
## ADMINISTRATIVE HEARING DIVISION

| | |
|---|---|
| **VILLAGE OF PALATINE, An Illinois Municipal Corporation** | **Case #: 25-00000132** |
| Petitioner, ) | **Violation Date:** 05/23/2025 11:49 AM |
| v. ) | **Determination Date:** June 25, 2025 |
| ) | **Violation Location:** |
| **CHICAGO TITLE LAND TRUST COMPANY,** ) | 410 N NORTHWEST (US ROUTE 14) HWY |
| **AS TRUSTEE, U/T/A DATED 07-11-19 AND** ) | PALATINE, Illinois 60074-6437 |
| **KNOWN AS TRUST NO. 8002381272** ) | **PINs:** 02-14-101-024-0000 |
| **10 S. LASALLE STREET UNIT 2750** ) | |
| **CHICAGO, IL 60603** ) | |
| ) | |
| Respondent, | |

## FINDINGS, DECISIONS AND ORDER

THIS CAUSE coming to be heard, this administrative tribunal having jurisdiction over the parties and subject matter, due notice having been given, and the Hearing Officer being fully advised in the premise, IT IS ORDERED:

---

Citation #: C9145-000008   *Violation Date:* 05/23/2025 11:49 AM
*Violation Location:* **410 N NORTHWEST (US ROUTE 14) HWY**
*Violation:* **PCO Sec. 12-72. Height limitation.**
*Finding:* **Upheld (Liable)**                    *Reason:* **Failure to Appear**
*Note:* **$1500 fine plus $160 cost of abatement and $75 court costs for total cost and fines of $1,735.**
                    *JUDGEMENT TOTAL:* **$1,660.00**  *Court Cost:* **$75.00**        *Previously Paid:* **$0.00**

**BALANCE DUE**                                                            **$1,735.00**



---

# TOTAL

# BALANCE DUE

## : $1,735.00

The fines and penalties contained in this Order are a debt due and owing to the Village of Palatine and said total of fines and penalties must be paid. Payment of fines and penalties operates as a final disposition of the violation.

- To pay online, go to the Village website at https://www.palatine.il.us/ and select Online Payments

- To pay by mail, mail the violation with a check or money order payable to the "Village of Palatine". Please include the ticket number on the check or money order.

- To pay in person, bring the violation notice or this Order to Village of Palatine, 200 E. Wood St., Palatine, IL 60067. Village Hall hours are; Monday through Friday 8:00 AM - 4:00 PM. A drop box is available at the Village Hall for after hours payments and a kiosk is located in the Police Department lobby, 595 N. Hicks Road. Forms of payment accepted at the Village Hall: Cash, Check, Money Order, Cashier Check, VISA, MasterCard, Discover.

**IF YOU FAIL TO PAY THE INDICATED FINES AND PENALTIES WITHIN 35 DAYS OF THIS DETERMINATION OF LIABILITY, THE VILLAGE MAY PROCEED TO COLLECTION WHERE A 35% COLLECTION FEE WILL BE ADDED TO THE BALANCE DUE AND/OR RECORDING A LIEN AGAINST THE PROPERTY.**

You have the right to appeal within 35 days of a final order pursuant to the Illinois Administrative Review Law, 735 ILCS 5/3-101, et seq.

ENTERED: June 25, 2025

**James Messineo**
Administrative Hearing Officer

**EXHIBIT A**

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF COOK         )

Village of Palatine
Clerk's Office
200 E. Wood Street
Palatine, IL 60067

Doc# 2502409014 Fee $88.00

MONICA GORDON
COOK COUNTY CLERK'S OFFICE
DATE: 1/24/2025 12:31 PM
PAGE:  1 OF 3

## Original Administrative Hearing Judgment Lien

The Village of Palatine, an Illinois Municipal Corporation, 200 East Wood Street, Palatine, Illinois 60067-5339 ("Village"), hereby files its Original Administrative Hearing Judgment Lien on the Real Estate (as hereinafter described) and against the interest of the following entity in the Real Estate ("Owner"):

Primary:
    **Chicago Title Land Trust Company, Trustee**
    **Trust No. 8002381272 Dated 07/11/2019**
    **10 LaSalle Street, Suite 2750**
    **Chicago, IL 60603**

and any persons claiming an interest in the Real Estate (as hereinafter described) by, through, or under Owner.

The Village states as follows:

1.  On or about May 21, 2024, subsequently, Owner owned fee simple to the Real Estate (including all land and improvements thereon) ("Real Estate") in Cook County, Illinois consisting of commercial property commonly known as 410 N. Northwest Highway, Palatine, Illinois 60067, permanent real estate tax number, and legally described as follows:

**Common Address:**    **410 N. Northwest Highway, Palatine, IL 60067**
**Permanent Index No.:**    **02-14-101-024-0000**

Lot 024 in SCHER'S SUBDIVISION being a subdivision of part of the north west ¼ of section 14, Township 42 North, Range 10 East of the 3rd Principal Meridian.  Recorded August 1, 1958 per document 17277738, Cook County, Illinois.

2.  A judgment was entered on June 12, 2024 in regards to Citation 24-00000091 by the Administrative Law Judge of the Village of Palatine Administrative Hearing Division in the amount of One Thousand and Seven Hundred and Thirty-Five Dollars ($1,735.00). A copy of the Findings, Decision, and Order is attached hereto as Exhibit "A".

3.  As of the date hereof, there is due, unpaid, and owing to Claimant, after allowing all credits, the sum of One Thousand and Seven Hundred and Thirty-Five Dollars ($1,735.00), which amount bears interest at the statutory rate of nine percent (9%) per annum.  Claimant claims a lien on the real estate (including all land and improvements thereon) in the amount of One Thousand and Seven Hundred and Thirty-Five Dollars ($1,735.00), plus interest, and costs.

This document has been prepared by and
after recording should be returned to:

Village of Palatine
Administrative Hearing Division
200 East Wood Street
Palatine, IL 60067-5339

VILLAGE OF PALATINE

Meghann Post
Administrative Hearing Division

VERIFICATION

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK       )

Patrick Brankin, being first duly sworn on oath, states that he is a Village Attorney for the Village of Palatine, an
Illinois Municipal Corporation, that he is authorized to sign this Verification to the foregoing Original Administrative
Adjudication Judgment Lien, that he has read the Lien, and that the statements contain therein are true.

Patrick Brankin

Subscribed and sworn to before me this  8  day of  January , 20 25

Notary Public

My Commission expires  November 2, 2027.

SEAL

OFFICIAL SEAL
LAURA A OKRZESIK
Notary Public, State of Illinois
Commission No. 980723
My Commission Expires
November 02, 2027

IN THE VILLAGE OF PALATINE, ILLINOIS
ADMINISTRATIVE HEARING DIVISION

| VILLAGE OF PALATINE, An Illinois Municipal Corporation | | Case #: 24-00000091 |
|---|---|---|
| | Petitioner, ) | Violation Date: 05/21/2024 08:23 AM |
| v. | ) | Determination Date: June 12, 2024 |
| | ) | Violation Location: |
| CHICAGO TITLE LAND TRUST COMPANY, | ) | 410 N NORTHWEST (US ROUTE 14) HWY |
| TRUSTEE TRUST NO. 8002381272 DATED | ) | PALATINE, Illinois 60074-6437 |
| 07/11/2019 | ) | PINs: 02-14-101-024-0000 |
| 10 S. LASALLE STREET UNIT SUITE 2750 | ) | |
| CHICAGO, IL 60603 | ) | |
| | Respondent, | |

### FINDINGS, DECISIONS AND ORDER

THIS CAUSE coming to be heard, this administrative tribunal having jurisdiction over the parties and subject matter, due notice having been given, and the Hearing Officer being fully advised in the premise, IT IS ORDERED:

Citation #: C9428-000001   Violation Date: 05/21/2024 08:23 AM
Violation Location: 410 N NORTHWEST (US ROUTE 14) HWY
Violation: PCO Sec. 12-72. Plants and weeds. Height limitation.
Finding: Liable by Plea                              Reason: Respondent Admitting Liability
Note: Subsequent compliance. This Respondent has been in court for the same violation numerous times
                    JUDGEMENT TOTAL: $1,500.00   Court Cost: $235.00            Previously Paid: $0.00

BALANCE DUE ..................................................................................................................    $1,735.00

### TOTAL BALANCE DUE: **$1,735.00**

The fines and penalties contained in this Order are a debt due and owing to the Village of Palatine and said total of fines and penalties must be paid. Payment of fines and penalties operates as a final disposition of the violation.

- To pay online, go to the Village website at https://www.palatine.il.us/ and select Online Payments

- To pay by mail, mail the violation with a check or money order payable to the "Village of Palatine". Please include the ticket number on the check or money order.

- To pay in person, bring the violation notice or this Order to Village of Palatine, 200 E. Wood St., Palatine, IL 60067. Village Hall hours are; Monday through Friday 8:00 AM - 4:00 PM. A drop box is available at the Village Hall for after hours payments and a kiosk is located in the Police Department lobby, 595 N. Hicks Road. Forms of payment accepted at the Village Hall: Cash, Check, Money Order, Cashier Check, VISA, MasterCard, Discover.

IF YOU FAIL TO PAY THE INDICATED FINES AND PENALTIES WITHIN 35 DAYS OF THIS DETERMINATION OF LIABILITY, THE VILLAGE MAY PROCEED TO COLLECTION WHERE A 35% COLLECTION FEE WILL BE ADDED TO THE BALANCE DUE AND/OR RECORDING A LIEN AGAINST THE PROPERTY.

You have the right to appeal within 35 days of a final order pursuant to the Illinois Administrative Review Law, 735 ILCS 5/3-101, et seq.

ENTERED: June 12, 2024

                                                                    **EXHIBIT A**

James Messineo
Administrative Hearing Officer

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK   )

Doc# 2502409012 Fee $88.00
MONICA GORDON
COOK COUNTY CLERK'S OFFICE
DATE: 1/24/2025 12:30 PM
PAGE:  1 OF 4

Village of Palatine
Clerk's Office
200 E. Wood Street
Palatine, IL 60067

### Original Administrative Hearing Judgment Lien

The Village of Palatine, an Illinois Municipal Corporation, 200 East Wood Street, Palatine, Illinois 60067-5339 ("Village"), hereby files its Original Administrative Hearing Judgment Lien on the Real Estate (as hereinafter described) and against the interest of the following entity in the Real Estate ("Owner"):

Primary:
      **410 LLC**
      **3908 N. Cass Ave.**
      **Westmont, IL 60559**

and any persons claiming an interest in the Real Estate (as hereinafter described) by, through, or under Owner.

The Village states as follows:

1. On or about October 6, 2023, subsequently, Owner owned fee simple to the Real Estate (including all land and improvements thereon) ("Real Estate") in Cook County, Illinois consisting of commercial property commonly known as 410 N. Northwest Highway, Palatine, Illinois 60067, permanent real estate tax number, and legally described as follows:

Common Address:     **410 N. Northwest Highway, Palatine, IL 60067**
Permanent Index No.:   **02-14-101-024-0000**

Lot 024 in SCHER'S SUBDIVISION being a subdivision of part of the north west ¼ of section 14, Township 42 North, Range 10 East of the 3rd Principal Meridian. Recorded August 1, 1958 per document 17277738, Cook County, Illinois.

2. A judgment was entered on July 31, 2024 in regards to Citation BC-2023-501 by the Administrative Law Judge of the Village of Palatine Administrative Hearing Division in the amount of Five Thousand and Seventy-Five Dollars ($5,075.00). A copy of the Findings, Decision, and Order is attached hereto as Exhibit "A".

3. As of the date hereof, there is due, unpaid, and owing to Claimant, after allowing all credits, the sum of Five Thousand and Seventy-Five Dollars ($5,075.00), which amount bears interest at the statutory rate of nine percent (9%) per annum. Claimant claims a lien on the real estate (including all land and improvements thereon) in the amount of Five Thousand and Seventy-Five Dollars ($5,075.00), plus interest, and costs.

This document has been prepared by and
after recording should be returned to:

VILLAGE OF PALATINE

Village of Palatine
Administrative Hearing Division
200 East Wood Street
Palatine, IL 60067-5339

Meghann Post
Administrative Hearing Division

VERIFICATION

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK    )

Patrick Brankin, being first duly sworn on oath, states that he is a Village Attorney for the Village of Palatine, an Illinois Municipal Corporation, that he is authorized to sign this Verification to the foregoing Original Administrative Adjudication Judgment Lien, that he has read the Lien, and that the statements contain therein are true.

Patrick Brankin

Subscribed and sworn to before me this ___8___ day of __January__, 20_25_

Notary Public

My Commission expires __November 2__, 20_27_.

SEAL

OFFICIAL SEAL
LAURA A OKRZESIK
Notary Public, State of Illinois
Commission No. 980723
My Commission Expires
November 02, 2027

## IN THE VILLAGE OF PALATINE, ILLINOIS
### ADMINISTRATIVE HEARING DIVISION

| | | |
|---|---|---|
| VILLAGE OF PALATINE, An Illinois Municipal Corporation | ) | Case #: BC-2023-501 |
| Petitioner, | ) | Violation Date: 10/06/2023 01:57 PM |
| | ) | Determination Date: July 31, 2024 |
| v. | ) | Violation Location: |
| | ) | 410 N NORTHWEST (US ROUTE 14) HWY |
| 410 LLC | ) | PALATINE, Illinois 60074-6437 |
| 3908 N CASS AVE | ) | PINs: 02-14-101-024-0000 |
| WESTMONT, IL 60559 | ) | |
| | ) | |
| Respondent, | ) | |

### FINDINGS, DECISIONS AND ORDER

THIS CAUSE coming to be heard, this administrative tribunal having jurisdiction over the parties and subject matter, due notice having been given, and the Hearing Officer being fully advised in the premise, IT IS ORDERED:

---

**Citation #: BC-2023-501.001** *Violation Date: 10/06/2023 01:57 PM*
*Violation Location:* **410 N NORTHWEST (US ROUTE 14) HWY**
*Violation:* **PCO Sec. 10-3. 2015 IPMC Sec. 304.1 as adopted. Exterior structure. General.**
*Finding:* **Default Upheld (Default Entered)**     *Reason:* **Failure to Appear**

*JUDGEMENT TOTAL:* **$1,000.00** *Court Cost:* **$75.00**    *Previously Paid:* **$0.00**

BALANCE DUE ...................................................................    **$1,075.00**

---

**Citation #: BC-2023-501.002** *Violation Date: 10/06/2023 01:57 PM*
*Violation Location:* **410 N NORTHWEST (US ROUTE 14) HWY**
*Violation:* **PCO Sec. 10-3. 2015 IPMC Sec. 302.3 as adopted. Exterior property areas. Sidewalks and driveways.**
*Finding:* **Default Upheld (Default Entered)**     *Reason:* **Failure to Appear**

*JUDGEMENT TOTAL:* **$1,000.00** *Court Cost:* **$0.00**    *Previously Paid:* **$0.00**

BALANCE DUE ...................................................................    **$1,000.00**

---

**Citation #: BC-2023-501.003** *Violation Date: 10/06/2023 01:57 PM*
*Violation Location:* **410 N NORTHWEST (US ROUTE 14) HWY**
*Violation:* **PCO Sec. 10-3.11. 2015 IPMC Sec. 302.1 as amended. Exterior property Areas. Sanitation.**
*Finding:* **Default Upheld (Default Entered)**     *Reason:* **Failure to Appear**

*JUDGEMENT TOTAL:* **$1,000.00** *Court Cost:* **$0.00**    *Previously Paid:* **$0.00**

BALANCE DUE ...................................................................    **$1,000.00**

---

**Citation #: BC-2023-501.004** *Violation Date: 10/06/2023 01:57 PM*
*Violation Location:* **410 N NORTHWEST (US ROUTE 14) HWY**
*Violation:* **PCO Sec. 10-3. 2015 IPMC Sec. 302.9 as adopted. Defacement of property.**
*Finding:* **Default Upheld (Default Entered)**     *Reason:* **Failure to Appear**

*JUDGEMENT TOTAL:* **$1,000.00** *Court Cost:* **$0.00**    *Previously Paid:* **$0.00**

BALANCE DUE ...................................................................    **$1,000.00**

---

**Citation #: BC-2023-501.005** *Violation Date: 10/06/2023 01:57 PM*
*Violation Location:* **410 N NORTHWEST (US ROUTE 14) HWY**
*Violation:* **PCO Sec. 10-3. 2015 IPMC Sec. 605.1 as adopted. Electrical equipment. Installation.**
*Finding:* **Default Upheld (Default Entered)**     *Reason:* **Failure to Appear**

*JUDGEMENT TOTAL:* **$1,000.00** *Court Cost:* **$0.00**    *Previously Paid:* **$0.00**

BALANCE DUE ...................................................................    **$1,000.00**

---

### TOTAL BALANCE DUE: **$5,075.00**

The fines and penalties contained in this Order are a debt due and owing to the Village of Palatine and said total of fines and penalties must be paid. Payment of fines and penalties operates as a final disposition of the violation.

- To pay online, go to the Village website at https://www.palatine.il.us/ and select Online Payments
- To pay by mail, mail the violation with a check or money order payable to the "Village of Palatine". Please include the ticket number on

**EXHIBIT A**