**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-16790 |
| Anil Chugh, | ) | Chapter 7 |
| Debtor. | ) | Honorable Janet S. Baer |
| Zafar Sheikh, | ) | Adversary Proceeding No. 24-00200 |
| Plaintiff, | ) | |
| v. | ) | |
| Anil Chugh et al, | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

This matter coming before the Court on the Plaintiff's Motion to Reconsider Dismissal of Count Relating to Fraudulent Transfer of Real Estate by Debtor (Docket No. 66),

IT IS HEREBY ORDERED THAT:

1. The Defendants' response is due to be filed on or before March 4, 2026.
2. The Plaintiff's reply is due to be filed on or before April 3, 2026.
3. This matter is set for status on April 22, 2026 at 10:30 A.M. in Courtroom 644, 219 S. Dearborn St., Chicago, IL 60604 and via Zoom for Government.

DATED: February 6, 2026

ENTER:

_/s/ Janet S. Baer_
Honorable Janet S. Baer
United States Bankruptcy Judge